**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LEGEND PICTURES, LLC,

     PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

     DEFENDANTS.

CASE NO. 1:23-CV- 015431

**FILED UNDER SEAL**

# EXHIBIT 1 TO THE COMPLAINT

## LEGEND PICTURES, LLC

**EXHIBIT 1**                                                    **COPYRIGHT REGISTRATIONS**

Type of Work:      Recorded Document

Document Number:   V15013D991

Date of Recordation:
             2023-03-24

Entire Copyright Document:
             V15013 D991 P1-18

Title:        Trick 'r Treat.

=======================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                          **COPYRIGHT REGISTRATIONS**

Type of Work:      Text

Registration Number / Date:
          TX0007066622 / 2009-09-30

Application Title: TRICK 'R TREAT.

Title:          TRICK 'R TREAT.

Description:      Book, 95 p.

Copyright Claimant:
          Warner Bros. Entertainment, Inc., Transfer: By written
          agreement.

Date of Creation:  2009

Date of Publication:
          2009-09-23

Nation of First Publication:
          United States

Authorship on Application:
          WildStorm Productions, an imprint of DC Comics, employer
          for hire; Domicile: United States. Authorship: text,
          artwork.

Rights and Permissions:
          DC Comics, 1700 Broadway, New York, NY, 10019, United
          States

Names:        DC Comics
          Warner Bros. Entertainment, Inc.
          WildStorm Productions

========================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                               **COPYRIGHT REGISTRATIONS**

Type of Work:     Recorded Document

Document Number:   V3584D013

Date of Recordation:
          2009-11-12

Entire Copyright Document:
          V3584 D013 P1-2

Date of Execution: 05Nov09

Title:        Trick 'r treat.

Notes:         Assignment.

Party 1:       Legend Pictures, LLC.

Party 2:       Legendary Pictures Funding, LLC.

Names:          Legend Pictures, LLC.
          Legendary Pictures Funding, LLC.

================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                                    **COPYRIGHT  REGISTRATIONS**

---

Type of Work:      Recorded Document

Document Number:   V3583D592

Date of Recordation:
           2009-10-15

Entire Copyright Document:
           V3583 D592 P1

Date of Execution: effective as of 18Jul07; date of cert.: 15Oct09

Title:          Trick 'r treat.

Notes:           Assignment.

Party 1:        Warner Brothers Entertainment, Inc.

Party 2:        Legend Pictures, LLC.

Names:           Warner Brothers Entertainment, Inc.
           Legend Pictures, LLC.

============================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                                    **COPYRIGHT REGISTRATIONS**

Type of Work:     Motion Picture

Registration Number / Date:
          PA0001672776 / 2010-04-16

Application Title: Trick 'R Treat.

Title:        Trick 'R Treat.

Description:     Videodisc (DVD)

Copyright Claimant:          Warner Bros. Entertainment Inc., Transfer: By Assignment.

Date of Creation:  2007

Date of Publication:          2009-10-06

Nation of First Publication:          United States

Authorship on Application:
          Warner Bros. Pictures, a division of WB Studio Enterprises
          Inc., employer for hire; Domicile: United States.
          Authorship: entire motion picture.

Alternative Title on Application:          Trick or Treat
                                          Hallow's Eve
                                          Tricks & Treats

Pre-existing Material:          script/screenplay, Some preexisting music, sound recordings
          and film clips.

Basis of Claim:   Motion picture, including audio, visual and other
          cinematographic material.

Rights and Permissions:
          Warner Bros. Entertainment Inc., 4000 Warner Boulevard,
          Bldg. 156 North, Room 4620, Burbank, CA, 91522-1564,
          United States

Copyright Note:   C.O. correspondence.

Names:        Dougherty, Michael
          WB Studio Enterprises Inc.
          Warner Bros. Entertainment Inc.
          Warner Bros. Pictures



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                                    **COPYRIGHT REGISTRATIONS**

Type of Work:      Recorded Document

Document Number:   V3563D991

Date of Recordation:
        2008-03-31

Entire Copyright Document:
        V3563 D991 P1-9

Title:        Trick R' treat.

========================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                                    **COPYRIGHT REGISTRATIONS**

Type of Work:     Recorded Document

Document Number:   V3573D910

Date of Recordation:
          2008-12-31

Entire Copyright Document:
          V3573 D910 P1-7

Title:        Trick 'r treat.

========================================================================



## LEGEND PICTURES, LLC

EXHIBIT 1                                                     COPYRIGHT REGISTRATIONS

Type of Work:      Recorded Document

Document Number:   V3554D809

Date of Recordation:
           2007-07-17

Entire Copyright Document:
           V3554 D809 P1-3

Title:         Trick R' treat.

=======================================================================



## LEGEND PICTURES, LLC

EXHIBIT 1                                    COPYRIGHT REGISTRATIONS

Type of Work:     Recorded Document

Document Number:   V3555D016

Date of Recordation:
        2007-07-27

Entire Copyright Document:
        V3555 D016 P1-6

Title:        Trick R' treat.

========================================================================



**LEGEND PICTURES, LLC**

EXHIBIT 1                                           COPYRIGHT REGISTRATIONS

---

Type of Work:     Recorded Document

Document Number:   V3584D994

Date of Recordation:
          2009-11-18

Entire Copyright Document:
          V3584 D994 P1-7

Date of Execution: as of 5Nov09; 5Nov09

Title:        Trick 'R treat & 1 other title.

Notes:        Copyright mortgage and assignment.

Party 1:       Legendary Pictures Funding, LLC.

Party 2:       Abry Mezzanine Partners, LP.

Names:         Legendary Pictures Funding, LLC
          Abry Mezzanine Partners, LP

===============================================================================



**LEGEND PICTURES, LLC**

**EXHIBIT 1**                                          **COPYRIGHT REGISTRATIONS**

Type of Work:     Recorded Document

Document Number:   V3605D197

Date of Recordation:
            2011-06-10

Entire Copyright Document:
            V3605 D197 P1-7

Registration Number Not Verified:
            PA 1-672-776.

Title:      Trick R' treat : a.k.a. Trick or treat, a.k.a. Hallow's
            Eve, a.k.a. Trick & treats.  PA 1-672-776.

Other Title:     Trick or treat
            Hallow's Eve
            Trick & treats.

========================================================================



**LEGEND PICTURES, LLC**

EXHIBIT 1                                                    COPYRIGHT REGISTRATIONS

Type of Work:     Recorded Document

Document Number:   V3605D196

Date of Recordation:
                  2011-06-10

Entire Copyright Document:
                  V3605 D196 P1-7

Registration Number Not Verified:
                  PA 1-672-776.

Title:        Trick R' treat : a.k.a. Trick or treat, a.k.a. Hallow's
              Eve, a.k.a. Trick & treats.  PA 1-672-776.

Other Title:      Trick or treat
                  Hallow's Eve
                  Trick & treats.

===========================================================================



## LEGEND PICTURES, LLC

EXHIBIT 1                                                    COPYRIGHT REGISTRATIONS

Type of Work:      Recorded Document

Document Number:   V3605D196

Date of Recordation:
                   2011-06-10

Entire Copyright Document:
                   V3605 D196 P1-7

Registration Number Not Verified:
                   PAu 3-412-487.

Title:        Trick R' treat : a.k.a. Trick or treat, a.k.a. Hallow's
              Eve, a.k.a. Trick & treats.  PAu 3-412-487.

Other Title:     Trick or treat
                 Hallow's Eve
                 Trick & treats.

=======================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                                    **COPYRIGHT REGISTRATIONS**

Type of Work:    Recorded Document

Document Number:  V3605D197

Date of Recordation:
    2011-06-10

Entire Copyright Document:
    V3605 D197 P1-7

Registration Number Not Verified:
    PAu 3-412-487.

Title:       Trick R' treat : a.k.a. Trick or treat, a.k.a. Hallow's
             Eve, a.k.a. Trick & treats.  PAu 3-412-487.

Other Title:     Trick or treat
             Hallow's Eve
             Trick & treats.

==========================================================================



**LEGEND PICTURES, LLC**

**EXHIBIT 1**                                    **COPYRIGHT REGISTRATIONS**

Type of Work:      Recorded Document

Document Number:   V3627D467

Date of Recordation:
           2013-03-13

Entire Copyright Document:
           V3627 D467 P1-11

Registration Number Not Verified:
           PA1672776.

Title:        Trick r' treat : a.k.a. Trick or treat, a.k.a. Hallow's
              eve; a.k.a. Tricks & treats.  Motion picture.
              PA1672776.

Other Title:      Trick or treat
              Hallow's eve
              Tricks & treats.

=======================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                   **COPYRIGHT REGISTRATIONS**

Type of Work:     Recorded Document

Document Number:   V9925D777

Date of Recordation:
          2015-05-11

Entire Copyright Document:
          V9925 D777 P1-11

Registration Number Not Verified:
          PA1672776

Title:      Trick r' treat : a.k.a. Trick or treat, a.k.a. Hallow's
            eve, a.k.a. Tricks & treats;   motion picture /  Reg.
            PA1672776.

Other Title:      Trick or treat
            Hallow's eve
            Tricks & treats

=======================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                                    **COPYRIGHT REGISTRATIONS**

Type of Work:     Recorded Document

Document Number:   V3604D492

Date of Recordation:
       2011-06-10

Entire Copyright Document:
       V3604 D492 P1-15

Registration Number Not Verified:
       PA 1-672-776.

Title:        Trick R' treat : a.k.a. Trick or treat, a.k.a. Hallow's
              eve, a.k.a. Tricks & treats.  PA 1-672-776.

Other Title:     Trick or treat
              Hallow's eve
              Tricks & treats.

=======================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                   **COPYRIGHT  REGISTRATIONS**

Type of Work:      Recorded Document

Document Number:   V3628D502

Date of Recordation:
      2013-04-04

Entire Copyright Document:
      V3628 D502 P1-20

Registration Number Not Verified:
      PA1672776.

Title:       Trick r' treat : a.k.a. Trick or treat, a.k.a. Hallow's
      Eve, a.k.a. Tricks & treats.  PA1672776.

Other Title:      Trick or treat
      Hallow's Eve
      Tricks & treats.

======================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                    **COPYRIGHT REGISTRATIONS**

Type of Work:     Recorded Document

Document Number:   V3604D492

Date of Recordation:
          2011-06-10

Entire Copyright Document:
          V3604 D492 P1-15

Registration Number Not Verified:
          PAu 3-412-487.

Title:       Trick R' treat : a.k.a. Trick or treat, a.k.a. Hallow's
             eve, a.k.a. Tricks & treats.  PAu 3-412-487.

Other Title:     Trick or treat
             Hallow's eve
             Tricks & treats.

============================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                                    **COPYRIGHT REGISTRATIONS**

Type of Work:     Recorded Document

Document Number:  V3628D502

Date of Recordation:
          2013-04-04

Entire Copyright Document:
          V3628 D502 P1-20

Registration Number Not Verified:
          PAu3412487.

Title:      Trick r' treat : a.k.a. Trick or treat, a.k.a. Hallow's
          Eve, a.k.a. Tricks & treats.  PAu3412487.

Other Title:    Trick or treat
          Hallow's Eve
          Tricks & treats.

===========================================================================



## LEGEND PICTURES, LLC

EXHIBIT 1                                    COPYRIGHT  REGISTRATIONS

Type of Work:     Recorded Document

Document Number:   V9975D263

Date of Recordation:
              2020-07-15

Entire Copyright Document:
              V9975 D263 P1-41

Registration Number Not Verified:
              PA0001672776 (2010)

Title:        Trick R' Treat : a.k.a. Trick Or Treat, a.k.a. Hallow's
              Eve, a.k.a. Tricks & Treats /  Reg. PA0001672776 (2010)

Other Title:     Trick Or Treat
              Hallow's Eve
              Tricks & Treats

==============================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                          **COPYRIGHT REGISTRATIONS**

Type of Work:      Recorded Document

Document Number:   V9975D263

Date of Recordation:
            2020-07-15

Entire Copyright Document:
            V9975 D263 P1-41

Registration Number Not Verified:
            PAU003412487 (2009)

Title:      Trick R' Treat : a.k.a. Trick Or Treat, a.k.a. Hallow's
            Eve, a.k.a. Tricks & Treats /  Reg. PAU003412487 (2009)

Other Title:      Trick Or Treat
            Hallow's Eve
            Tricks & Treats

========================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                          **COPYRIGHT REGISTRATIONS**

Type of Work:     Recorded Document

Document Number:   V9925D777

Date of Recordation:
           2015-05-11

Entire Copyright Document:
           V9925 D777 P1-11

Registration Number Not Verified:
           PAu3412487

Title:        Trick r' treat : a.k.a. Trick or treat, a.k.a. Hallow's
              eve, a.k.a. Tricks & treats;   screenplay /  Reg.
              PAu3412487.

Other Title:     Trick or treat
              Hallow's eve
              Tricks & treats

===========================================================================



### LEGEND PICTURES, LLC

EXHIBIT 1                                                          COPYRIGHT REGISTRATIONS

Type of Work:      Recorded Document

Document Number:   V3627D467

Date of Recordation:
                   2013-03-13

Entire Copyright Document:
                   V3627 D467 P1-11

Registration Number Not Verified:
                   PAu3412487.

Title:        Trick r' treat : a.k.a. Trick ortreat, a.k.a. Hoallow's
              eve; a.k.a. Tricks & treats.  Screenplay.  PAu3412487.

Other Title:      Trick ortreat
              Hoallow's eve
              Tricks & treats

=======================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                            **COPYRIGHT REGISTRATIONS**

Type of Work:     Recorded Document

Document Number:   V3614D667

Date of Recordation:
          2012-04-18

Entire Copyright Document:
          V3614 D667 P1-22

Registration Number Not Verified:
          PA 1-672-776.

Title:        Trick R' Treat : aka Trick Or Treat, aka Hallow's Eve, aka
              Tricks And Treats.  PA 1-672-776.

==========================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                              **COPYRIGHT REGISTRATIONS**

Type of Work:      Recorded Document

Document Number:   V3614D667

Date of Recordation:
            2012-04-18

Entire Copyright Document:
            V3614 D667 P1-22

Registration Number Not Verified:
            PAU 3-412-487.

Title:        Trick R' Treat : aka Trick Or Treat, aka Hallow's Eve, aka
            Tricks And Treats.  PAU 3-412-487.

==========================================================================



# LEGEND PICTURES, LLC

**EXHIBIT 1**                                                    **COPYRIGHT REGISTRATIONS**

Type of Work:     Recorded Document

Document Number:   V3583D872

Date of Recordation:
            2009-10-09

Entire Copyright Document:
            V3583 D872 P1-2

Date of Execution: 18Jul07; 25Jun07

Title:          Trick 'r treat / by Michael Dougherty.

Notes:           Memorandum of distribution rights.

Party 1:        Legend Pictures, LLC.

Party 2:        Warner Brothers Pictures, a division of WB Studio
                Enterprises, Inc., successor-in-to Warner Brothers
                Pictures, Inc.

Names:           Legend Pictures, LLC.
            Warner Brothers Pictures
            Warner Brothers Pictures, Inc.
            WB Studio Enterprises, Inc.  Warner Brothers Pictures

=================================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                          **COPYRIGHT REGISTRATIONS**

Type of Work:      Recorded Document

Document Number:   V3583D886

Date of Recordation:
           2009-10-09

Entire Copyright Document:
           V3583 D886 P1

Date of Execution: 18Jul07

Title:          Trick 'r treat / by Michael Dougherty.

Notes:           Memorandum of distribution agreement.

Party 1:        Warner Brothers Entertainment, Inc.

Party 2:        Warner Brothers Pictures International, Warner Brothers
                Distributing, Inc., Warner Brothers International
                Television Distribution, Inc., Warner Home Video, Inc.,
                Warner Brothers Television Distribution, Inc., Warner
                Brothers Online, Inc., Warner Brothers Consumer
                Products, Inc. & Warner Brothers Interactive
                Entertainment, Inc.

Names:           Warner Brothers Entertainment, Inc.
                Warner Brothers Pictures International
                Warner Brothers Distributing, Inc.
                Warner Brothers International Television Distribution, Inc.
                Warner Home Video, Inc.
                Warner Brothers Television Distribution, Inc.
                Warner Brothers Online, Inc.
                Warner Brothers Consumer Products, Inc.
                Warner Brothers Interactive Entertainment, Inc.

===============================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                              **COPYRIGHT REGISTRATIONS**

Type of Work:      Recorded Document

Document Number:   V3583D909

Date of Recordation:
        2009-10-09

Entire Copyright Document:
        V3583 D909 P1-8

Date of Execution: as of 18Jul07

Title:          Trick 'r treat / by Michael Dougherty.

Notes:           Copyright mortgage and assignment.

Party 1:        Legend Pictures, LLC.

Party 2:        Warner Brothers Pictures, a division of WB Studio
        Enterprises, Inc.

Names:          Legend Pictures, LLC.
        Warner Brothers Pictures
        WB Studio Enterprises, Inc.  Warner Brothers Pictures
        Warner Brothers Pictures, Inc.

=================================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                                    **COPYRIGHT REGISTRATIONS**

Type of Work:      Recorded Document

Document Number:   V3584D994

Date of Recordation:
                   2009-11-18

Entire Copyright Document:
                   V3584 D994 P1-7

Title:             Trick 'R treat : motion picture.

===========================================================================



## LEGEND PICTURES, LLC

EXHIBIT 1                                          COPYRIGHT REGISTRATIONS

Type of Work:     Recorded Document

Document Number:   V3584D345
|
Date of Recordation:
          2009-11-13

Entire Copyright Document:
          V3584 D345 P1-7

Title:        Trick 'r treat-motion picture.

========================================================================



## LEGEND PICTURES, LLC

EXHIBIT 1                                          COPYRIGHT REGISTRATIONS

Type of Work:      Recorded Document

Document Number:   V3584D994

Date of Recordation:
                   2009-11-18

Entire Copyright Document:
                   V3584 D994 P1-7

Title:             Trick 'R treat : screenplay.

===========================================================================



## LEGEND PICTURES, LLC

**EXHIBIT 1**                                                    **COPYRIGHT REGISTRATIONS**

Type of Work:     Recorded Document

Document Number:  V3584D345

Date of Recordation:
        2009-11-13

Entire Copyright Document:
        V3584 D345 P1-7

Title:        Trick 'r treat-screenplay.

==============================================================================



## LEGEND PICTURES, LLC

EXHIBIT 1                                    COPYRIGHT REGISTRATIONS

Type of Work:      Recorded Document

Document Number:   V3584D345

Date of Recordation:
              2009-11-13

Entire Copyright Document:
              V3584 D345 P1-7

Date of Execution: as of 5Nov09

Title:          Trick 'r treat-screenplay & 1 other title.

Notes:          Copyright mortgage and assignment.

Party 1:        Legendary Pictures Funding, LLC.

Party 2:        Commerzbank AG, New York.

Names:           Legendary Pictures Funding, LLC.
              Commerzbank AG, New York.

===============================================================================

