UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XYZ Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A<br><br>    Defendants. | Case No.: 1:23-cv-15431 |

### DECLARATION OF SANDY ZHUANG

I, Sandy Zhuang, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein oron records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am a certified translator, working at TransPerfect, with a headquarters of:

    Transperfect Translations International, Inc.

    Transperfect Global HQ

    1250 Broadway, 7th Floor, New York, Ny 10001

3. TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Declaration, and the attached Translation Certificate (attached hereto as Exhibit 1) confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

1

4. I reside in Hongkong, and I am fluent in both Chinese and English.

5. I hereby certify and swear that I am competent to translate from Chinese to English and that the attached translations are, to the best of my knowledge, true and accurate translations of the included documents from Chinese to English.

6. I reviewed the online screenshots and printouts, provided by AM Sullivan Law, LLC. Attached hereto as Exhibit 2, are true and correct copies of the screenshots and website printouts that were provided and which were personally reviewed and translated in their entirety by me.

7. Attached hereto as Exhibit 3 are the true and correct copies of those translated documents. Attached hereto as Exhibit 1 is a certification of the aforementioned transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19 of October 2021 at Hongkong.

*sandy zhuang*
Sandy Zhuang