## <u>DECLARATION OF SANDY ZHUANG | EXHIBIT 3</u>

**PART 1**  "The case of Shaun the Sheep has been represented by AM Sullivan Law, LLC. Please take down relevant products to avoid lawsuits . . . " *See* https://sellerdefense.cn/shaun-the-sheep-new-case/ (Last Accessed: September 13, 2021).

**PART 2**  "Anonymous case showed UFC was represented by AMS, and Wish started to suspend merchant stores, withdraw your items now!" *See* https://sellerdefense.cn/ufcnew/ (Last Accessed: September 13, 2021).

**PART 3**  "Urgent! Take down SHERLOCK HOLMES items now, an army of sellers got suspended!" *See* https://sellerdefense.cn/ams-sherlock-21cv929/ (Last Accessed: September 13, 2021).

**PART 4**  "Caution! AMS started two anonymous cases recently, the brand it represents are attached!" See www.sellerdefense.cn/amsagencybrand (Last Accessed: September 13, 2021).

**PART 5**  "Caution! Popular Cartoon Teenage Mutant Ninja Turtles to be Represented by AM Sullivan" See https://www.amz123.com/thread-721842.htm (Last Accessed: September 13, 2021).

**PART 6**  https://www.amz123.com/search.htm?keyword=am Sullivan

**PART 7**  "What Brands Represented by AM Sullivan Law, LLC that Favors Anonymous Cases? Check them Out Here!" https://www.amz123.com/thread-718900.htm (Last Accessed: September 13, 2021)

SellerDefense

Case List    Brands    Represented    Law Firms    Trademark    FAQ
                       Cases         Info         Registration

                                                              Others

## The case of Shaun the Sheep has been represented by AM Sullivan Law, LLC.
## Please take down relevant products to avoid lawsuits.
## List of Bacon Bin Pig-Shaped Grease Holder is attached!

Home / Other Law Firms / Shaun ...

We were informed in the morning by the seller that his merchant store on Wish has been suspended. Through investigation, we have confirmed that Shaun the sheep was the restricted item.

The representing law firm was IP-oriented AM Sullivan Law, LLC. Take down similar items if any and withdraw your funds ASAP!

Aardman Animations, Ltd.    Check Messages                    Send Update
2021-01-28

**Case Status**              **Case Number**
In Process                   21-cv-158

**Court-ordered restrictions in force**

**Plaintiff's Lawyer**       **Suspicion of IPR Violation**    **Court**
AM Sullivan Law, LLC         Shaun the Sheep TMs and copyrights  Northern District of Illinois
ams@amsullivanlaw.com
12122925390

**Suspected items**



| Items | GMV ↓ |
|---|---|
| 100% Cotton Men&#39;s Shaun The Sheep Symbol Casu | $253.62 |

**Court-Ordered Payment**

No Data

## Shaun the sheep

Case Number: 21-cv-158
Plaintiff Company: Aardman Animations
Representing Law Firm: AM Sullivan Law, LLC
Venue: IL

The company is known for producing stop-motion, clay animation and computer animation works. Representative works include *Wallace and Gromit, The Pirates! Band of Misfits, and Shaun the sheep*.

Official Website: https://www.shaunthesheep.com/



9/13/21, 12:51 PM      The case of Shaun the sheep has been represented by AM Sullivan Law, LLC. Please take down relevant products to avoid lawsuits.

Case: 1:23-cv-15431 Document #: 55 Filed: 10/3/23 Page 3 of 62 PageID #:163



**Trademark and IPR:**

When searching for keywords in various platforms, we can find most of the goods directly use the word mark and the identity copyright of Shaun the sheep, which is highly likely to be determined as IPR infringement.

# SHAUN THE SHEEP

| Word Mark | SHAUN THE SHEEP |
|---|---|
| Goods and Services | (CANCELLED) IC 003. US 001 004 006 050 051 052. G & S: [ Non-medicated toilet preparations; namely, toilet soap lipstick, eye shadow, eye liner, foundation; talcum powder; preparations for use in bath or shower, namely, shampoo, conditioners, hair bleach and hair gel; preparations for cleaning teeth, namely, toothpaste and non-medicated mouthw namely, shaving gel, shaving foam, and after shave lotions; deodorants and anti-perspirants for personal use; essenti namely, soap, body splash, and hand and body creams; non-medicated mouthwash and rinse; nail care preparations, scouring and abrasive preparations, namely, preparations for removing cosmetics; namely, cotton wool and cotton pa preparations against sun burn; cleaning preparations, namely, all purpose cleaning preparations, hair cleaning prepar bleach and laundry stain removers; potpourri sachets; wind screen cleaning preparations; essential oil flavorings for u |
| | IC 009. US 021 023 026 036 038. G & S: Radio, television, cable and satellite recordings and cinematographic films, health, ] fiction, sports, [ leisure, motoring, religion, law, crime, ] video games, quizzes, [ cookery, ] nature, [ gardening technology, horror; ] classic movies [ and western movies, ] science fiction, [ decorating, interior design, ] science and video and data recordings on CD-ROMs, magnetic disks, optical disks, audio and video tape, and recorder/players fo and video tape; pre-recorded discs, records, tapes, CD-ROMs, compact disks, digital versatile disks (DVDs), sound a exercise and fitness, health, ] fiction, sports, [ leisure, motoring, religion, law, crime, ] video games, quizzes, [ cookery geology, biology, technology, horror; ] classic movies [ and western movies, ] science fiction, [ decorating, interior desi |

The case of Shaun the sheep has been represented by AM Sullivan Law, LLC. Please take down relevant products to avoid lawsuits.



**ROBIN ROBIN**

Goods and Services: Soaps, cosmetic preparations for the skin, face, body and hair; liquid soaps, shower and bath...
LIVE (Circa: 2020)
ROBIN ROBIN



**TIMMY TIME**

Goods and Services: Online retail store services featuring merchandise and DVDs related to animated characters
LIVE (Circa: 2019)
TIMMY TIME



Goods and Services: Bath, bar and beauty soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices;
LIVE (Circa: 2019)
Mark Words (NOT AVAILABLE)

Goods and Services: Bleaching preparations and other substances for laundry use, namely, laundry detergent, laund...
LIVE (Circa: 2010)
Mark Words (NOT AVAILABLE)

**TIMMY TIME**

Goods and Services: Bleaching preparations and other substances for laundry use, namely, laundry detergent, lau...
LIVE (Circa: 2010)
TIMMY TIME

**CREATURE COMFORTS**

Goods and Services: Non-medicated toilet preparations, namely, toilet soap and toilet water; cosmetics, namely,...
LIVE (Circa: 2006)
CREATURE COMFORTS

**SHAUN THE SHEEP**

Goods and Services: Non-medicated toilet preparations, namely, toilet soap and toilet water; cosmetics, namely,...
LIVE (Circa: 2006)
SHAUN THE SHEEP



Goods and Services: Non-medicated toilet preparations, namely, toilet soap and toilet water; cosmetics, namely,...
LIVE (Circa: 2006)
Mark Words (NOT AVAILABLE)



Goods and Services: Motion picture film and audio, video and digital tape recordings featuring animated character...
LIVE (Circa: 1998)
CREATURE COMFORTS

**Samples:**

Trademarks and IPR images can be found in the following items.
(Samples below indicate no infringement)



▓▓▓▓▓ - Shaun The Sheep - 11" Shaun The Sheep Small Plush, White



★★★★☆ 5 ratings
Amazon's Choice for "shaun the sheep toys"

Price: **$12.38** FREE Shipping on orders over $25.00 shipped by Amazon
Fast, Free Shipping with Amazon Prime & FREE Returns

Get $50 off instantly: Pay $0.00 $12.38 upon approval for the Amazon Rewards Visa Card. No annual fee.

Brand          Aurora
Material       Plush
Collection Name  Shaun the Sheep
Number of Pieces  1

About this item
• 11 inches in size.
• Sure to become a favorite
• Quality materials for a soft cuddling experience
• Different textured fur for a soft realistic touch.
• Looks like it came straight out of the movie.

The case of Shaun the sheep has been represented by AM Sullivan Law, LLC. Please take down relevant products to avoid lawsuits.



## Bacon Bin Pig-Shaped Grease Holder

Case Number: 21-cv-121

Plaintiff Company: TALISMAN DESIGNS, LLC

Representing Law Firm: FERENCE & ASSOCIATES LLC

Venue: Pennsylvania

43 merchant stores were listed as defendants in the case:

The case of Shaun the sheep has been represented by AM Sullivan Law, LLC. Please take down relevant products to avoid lawsuits.

| Defendant No. | Defendant/Store Name | Seller ID |
|---|---|---|
| 1 | YOOMIE | A3RBVW6FDFNKIC |
| 2 | Autonomier-US | A3A1TEPEPQ7NOM |
| 3 | BESTARY | A17MOFTYE4PKSU |
| 4 | Binpure | AKYC54J0AWIFP |
| 5 | canwei | A11NAMAISXAE7U |
| 6 | Cary Electronic(China) | A3E4CV0XUBPVVF |
| 7 | Dankoshon shops | A22MZERV2XDQ5X |
| 8 | DDTC-us | A3LWUK2KVLL6KR |
| 9 | difuluoen | A2EQKGK75H5YTC |
| 10 | Eleviey | AUP5WNAQQ2NMR |
| 11 | GENGGU | A2VQ3B116L1568 |
| 12 | Golf Professional | A2090WPV676MON |
| 13 | guo jinlei | A18W8HB7MYSM41 |
| 14 | HUIER STORE | A3A3GI8YMBE5ON |
| 15 | IN1S | AWL3DJU0XDWT1 |
| 16 | JHFDSD | AGQEZ8M1LWECR |
| 17 | Jilei Keji | AFC5DEAY1LM0A |
| 18 | JiliJili | A2SRG09212P007 |
| 19 | KELAIEN | A79G11MBEB0JA |
| 20 | KITBE | A1XC4AEM2BORZB |
| 21 | luoyangqixunshangmaoyouxiangongsi | ADYT0CWIDZKVG |

9/13/21, 12:51 PM                    The case of Shaun the sheep has been represented by AM Sullivan Law, LLC. Please take down relevant products to avoid lawsuits.

Case: 1:23-cv-15431 Document #: 3-5 Filed: 10/30/23 Page 7 of 62 PageID #:167

| Defendant No. | Defendant/Store Name | Seller ID |
|---|---|---|
| 22 | luxbox | A2ER2C9N8QNA3V |
| 23 | lygg | A32VY65T9IT14Q |
| 24 | manbl | A1DQ8AWC43L9LB |
| 25 | Meitongda daily necessities | AJIZE4YNQIV1K |
| 26 | MOUNTAINTOP | AZWCJPIKKGWAK |
| 27 | Q.&L. | AZ7251T6H11YN |
| 28 | rao jintang | A1IWGB4982OFGA |
| 29 | RUSTCHG BTHCHP | A25PYXE2AY8JCS |
| 30 | Shan Xi Xin Li Yuan Wang Luo Ke Ji You Xian Gong S | A4SRJ0GURFN3N |
| 31 | SJHP | A3VF67YWYV8RQ7 |
| 32 | STILLKEEPER | ARJ09JL9RSTTH |
| 33 | Sunmoon | A3NFUR13LS26RR |
| 34 | Wanshuin | A32D7QR57OAV3N |
| 35 | Willtuan | A8ZG5TE6ZO55B |
| 36 | wuyongyou5 | AFE7WOSN1NIB7 |
| 37 | XIAOLONGLEE | A2V0TSN1A9DEWY |
| 38 | Ycanware | A2ANEGZNQRJEKQ |
| 39 | yingying123 | A28DET7AF84CII |
| 40 | yishen9986 | A2DBZ34F7C67MQ |
| 41 | Yuanyunni | ASNERO9R5Z3IH |
| 42 | Z.J. Store  (Free delivery within 15 days) | A3E7IPK20ALHW |
| 43 | ZZZOEY | A2F7CQUVK5SQ95 |

These are the contents for today.

To know more about the latest updates, please follow us on Douyin (the Chinese equivalent of TikTok). You can launch DouYin, then save and scan the image to receive the latest IPR news.



SellerDefense

Our slogan is Sharing, Prevention, and Mutual Assistance. We are dedicated to protecting sellers of cross-border E-commerce.

9/13/21, 12:51 PM
The case of Shaun the sheep has been represented by AM Sullivan Law, LLC. Please take down relevant products to avoid lawsuits.

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 8 of 62 PageID #:168

Update to the latest version of DouYin and scan to follow @SellerDefense

## Contact Us

You can join our groups for discussion: QQ Group 16: 721813793. (**Please do not join twice**)

Or visit SellerDefense's official website for updates: https://sellerdefense.cn/

Contact SellerDefense now for trademark registration at the best price and brand registry.

To sellers whose merchant stores have been suspended, please contact us ASAP. We have already handled 8000+ cases, just long press the QR code below to learn more. We offer professional consultation services **free of charge** for various cases.



# SellerDefense Reconciliation Agent

*Professionalism: 8000+ successful cases*

*responsiveness: Files submitted and messages replied on the same day*

*Cost-effective: Highest retrieval rate + lowest lawyer fee in the market*

Long press QR code to follow

Category: Others  Aaron  February 4, 2021  Comment

Tag: Shaun the sheep



**Author: Aaron**

Last Article

< **This wedding dress sued 500+ accounts! What pictures could not be used without permission? More cases to be discovered!**

Next Article

**New brands! First case of Weed Snatcher, pictures are IPR protected, merchants stores must take it down now if not suspended yet!** >

## Related Posts

────

Chinese brands are booming! U-Shape Pillow and reversible octopus Plushie got suspended, what a shock to cross-border sellers!

May 12, 2021

Is Windshield Ice Scraper by Scrape-A-Round a new IP infringement item? Elvis Presley owns ELV1S other than ELVIS

April 28, 2021

Caution! 10 hot IP patterns of Sneaker Match to be suspended. Withdraw your funds now!

April 24, 2021

Saper anonymous case opens, another new Guitar Capos brand GLIDER CAPO

April 22, 2021

9/13/21, 12:51 PM          The case of Shaun the sheep has been represented by, AM Sullivan Law, LLC. Please take down relevant products to avoid lawsuits.

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 9 of 62 PageID #:169

EPS represented squishmallows, and defendants are independent sites

April 20, 2021



A new law firm represented EverRatchet Clip, Bunch O Balloons comes back

April 19, 2021

## Comment

Your Email address will not be disclosed. Fields with * are required.

```
Comment




```

```
Name*
```

```
Email*
```

```
Website
```

☐ Save my name, email, and website in this browser for the next time I comment.

**Submit**

Type and press enter…

SellerDefense WeChat
Public Account

9/13/21, 12:51 PM      The case of Shaun the sheep has been represented by AM Sullivan Law, LLC. Please take down relevant products to avoid lawsuits.

Case: 1:23-cv-15431 Document #: 9-1 Filed: 10/30/23 Page 10 of 62 PageID #:170



US Law Firm Case
Reconciliation Agent

QQ Group 1: 295380184 (Full)

QQ Group 2: 672085077 (Full)

QQ Group 3: 866864037 (Full)

QQ Group 6: 613979161 (Full)

QQ Group 8: 781447834 (Full)

QQ Group 10: 812058032 (Full)

QQ Group 12: 852478737 (Full)

QQ Group 15: 789733094 (Full)

QQ Group 16: 721813793 (Full)

QQ Group 18: 623673784

WeChat: dearzhi2019

WeChat Public Account: SellerDefense

## Brands Represented by Law Firms

Brands Represented by GBC

Brands Represented by Keith

Brands Represented by EPS

Brands Represented by David

## Useful Links

How Sellers of Cross-border E-commerce Lower the Risks of IPR Lawsuits

AliExpress IPR

DHgate IPR

eBay VERO

How to Retrieve a US Trademark

How to Retrieve a Chinese Trademark

Lawsuit Reconciliation 101

The case of Shaun the sheep has been represented by AM Sullivan Law, LLC. Please take down relevant products to avoid lawsuits.
Over 48 Baron Blanc Graphic Grease Holder Is Breached Via SellerDefense.

**Category**

Baker

David

EPS

FERENCE

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SKGF

SLADKUS

SMG

SpencePC

Uncategorized

Others

SellerDefense.cn 2017-2018
Shanghai ICP Registration No. 13015943-1

Shanghai Public Network No. 31011502012751

9/13/21, 1:01 PM

Anonymous case showed UFC was represented by AMS, and Wish started to suspend merchant stores, and withdraw your items now!

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 12 of 62 PageID #:172

!! – SellerDefense



**SellerDefense**   Case List    Brands    Represented Cases   Law Firms Info    Trademark Registration   FAQ    Others

# Anonymous case showed UFC was represented by AMS, and Wish started to suspend merchant stores, withdraw your items now!

Home / Others / Anonymous case showed...

□ Post Views: □ 1,636

After Christmas and New Year carnivals, law firms started to take action.

Today, some sellers reported that their stores were suspended by Wish. After investigation, we found that UFC was represented by AMS, which was an anonymous case before.



## 20-cv-7229

Brand: UFC
Brand Owner: Zuffa, LLC
Time of Prosecution: 2020/12/7
Representing Law Firm: AMS

Venue: IL

UFC (Ultimate Fighting Championship) is the world's top and largest professional mixed martial arts event, with over 20 events held each year.

Official Website: https://www.ufc.com/

Anonymous case showed UFC was represented by AMS and Wish started to suspend merchant stores, and withdraw your items now!
!! – SellerDefense



SellerDefense   **Case List**   **Brands**   **Represented Cases**   **Law Firms Info**   **Trademark Registration**   FAQ   Others



## Trademark

The Company has registered a bunch of trademarks. Most importantly, the three letters of UFC cannot be used in products.

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90249911 | | TUF THE ULTIMATE FIGHTER | TSDR | LIVE |
| 2 | 90075876 | | UFC FIT | TSDR | LIVE |
| 3 | 90090022 | | DWCS | TSDR | LIVE |
| 4 | 90089944 | | DWCS | TSDR | LIVE |
| 5 | 90089907 | | DWCS | TSDR | LIVE |
| 6 | 90089758 | | DWCS | TSDR | LIVE |
| 7 | 88613032 | | BMF | TSDR | LIVE |
| 8 | 88870103 | | UFC FIGHT ISLAND | TSDR | LIVE |
| 9 | 88176571 | | UFC ULTIMATE SPIRITS | TSDR | LIVE |
| 10 | 88681222 | 6218170 | UFC WATCH PARTY | TSDR | LIVE |
| 11 | 88668011 | 6218124 | UFC FIGHTLORE | TSDR | LIVE |
| 12 | 88610072 | | UFC GYM HEAT | TSDR | LIVE |
| 13 | 88472825 | | UFC ACADEMY | TSDR | LIVE |
| 14 | 88472800 | | UFC ACADEMY | TSDR | LIVE |
| 15 | 88453380 | | UFC APEX | TSDR | LIVE |
| 16 | 88257044 | | ZUFFA BOXING | TSDR | LIVE |
| 17 | 88256970 | | ZUFFA BOXING | TSDR | LIVE |
| 18 | 88176832 | | UFC BODY | TSDR | LIVE |
| 19 | 88178034 | | ULTI-MAN | TSDR | LIVE |
| 20 | 88176423 | | UFC ULTIMATE MXS | TSDR | LIVE |
| 21 | 88472839 | | UFC ACADEMY COMBINE | TSDR | LIVE |
| 22 | 88176901 | | UFC BODY | TSDR | LIVE |
| 23 | 88178328 | | UFC | TSDR | LIVE |
| 24 | 88176967 | | UFC BODY | TSDR | LIVE |
| 25 | 88555315 | 6182841 | UFC WORLD CHAMPION UFC WORLD UFC CHAMPION MCMXCIII UFC WORLD CHAMPION UFC | TSDR | LIVE |
| 26 | 88555248 | 6182840 | UFC WORLD CHAMPION UFC WORLD UFC CHAMPION MCMXCIII UFC WORLD CHAMPION UFC | TSDR | LIVE |
| 27 | 88453426 | | UFC APEX | TSDR | LIVE |
| 28 | 88039939 | | TRAIN DIFFERENT | TSDR | LIVE |
| 29 | 88039867 | | CLASS UFC GYM | TSDR | LIVE |
| 30 | 88039759 | | CLASS UFC GYM | TSDR | LIVE |
| 31 | 88568960 | 6165435 | UFC THE WALK | TSDR | LIVE |
| 32 | 88355355 | | DANA WHITE'S CONTENDER SERIES | TSDR | LIVE |
| 33 | 88494373 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 34 | 88494369 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 35 | 88494367 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 36 | 88494358 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 37 | 88494353 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 38 | 88494335 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 39 | 88494328 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 40 | 88494323 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 41 | 88494309 | | UFC PERFORMANCE INSTITUTE | TSDR | LIVE |
| 42 | 88423677 | | ULTIMATE FIGHTING CHAMPIONSHIP | TSDR | LIVE |
| 43 | 88423673 | | ULTIMATE FIGHTING CHAMPIONSHIP | TSDR | LIVE |
| 44 | 88953402 | | UFC FIGHT ISLAND | TSDR | LIVE |
| 45 | 88953363 | | UFC FIGHT ISLAND | TSDR | LIVE |
| 46 | 88613114 | | BADDEST MOTHERFUCKER | TSDR | LIVE |
| 47 | 88613069 | | BADDEST MOTHERFUCKER | TSDR | LIVE |
| 48 | 88150224 | 6142507 | UFC ULTIMATE SOUND | TSDR | LIVE |
| 49 | 88159203 | 6142506 | UFC ULTIMATE SOUND | TSDR | LIVE |
| 50 | 88175412 | 6091791 | 25 YEARS | TSDR | LIVE |

9/13/21, 1:01 PM

Anonymous cases showed UFC was represented by AMS and Wish started to sue and merchant stores and withdraw your items now! !! – SellerDefense



SellerDefense          Case List      Brands      Represented    Law Firms    Trademark      FAQ      Others
                                                  Cases          Info         Registration

| Word Mark | UFC |
|---|---|
| Goods and Services | (ABANDONED) IC 016. US 002 005 022 023 029 037 038 050. G & S: Money clips |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 02.11.14 - Finger walking (gesture) ; Fingers walking (gesture) ; Gestures (OK, thumbs up, thumbs down, fingers walking, handshake, fing (gesture)<br>26.15.21 - Polygons that are completely or partially shaded |
| Serial Number | 88178351 |
| Filing Date | November 1, 2018 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | March 12, 2019 |
| Owner | (APPLICANT) Zuffa, LLC LIMITED LIABILITY COMPANY NEVADA 6650 South Torrey Pines Drive Las Vegas NEVADA 89118 |
| Attorney of Record | Jennifer Ko Craft |
| Prior Registrations | 3647555;3647556;4632668;AND OTHERS |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of a clenched, gloved hand inside an octagon with the stylized text "UFC" |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | DEAD |
| Abandonment Date | December 14, 2020 |

# UFC FIT

| Word Mark | UFC FIT |
|---|---|
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Downloadable software application for communication devices and media players for u recordings featuring fitness, personal training, exercise, sports, mixed martial arts and entertainment via global communication r |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 90075876 |
| Filing Date | July 27, 2020 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | October 27, 2020 |
| Owner | (APPLICANT) Zuffa, LLC LIMITED LIABILITY COMPANY NEVADA 6650 South Torrey Pines Drive Las Vegas NEVADA 89118 |
| Attorney of Record | Jennifer Ko Craft |
| Prior Registrations | 2706754;4710350;4963166;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FIT" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

## Samples



Custom 3D Boxing Ring Mural Boxing Fighting UFC Sports Fitness Club Image Backgr ound Decorative Wall Gym Wallpaper

★★★★★ 5.0 ˅  1 Review  3 orders

US $9.70  US $16.73  -42%

US $2.00 New User Coupon : Get coupons

Color:

     

Dimensions: 1m2

1m2

Quantity:

－  1  ＋  12200 Square Meter available

Free Shipping

Anonymous case showed UFC was represented by AMS and Wish started to suspend merchant stores, and withdraw your items now! !! – SellerDefense

 **SellerDefense**   Case List   Brands   Represented Cases   Law Firms Info   Trademark Registration   FAQ   Others



Our slogan is Sharing, Prevention, and Mutual Assistance. We are dedicated to protecting sellers of cross-border E-commerce.

 Update to the latest version of DouYin **and** scan to follow @SellerDefense

**Contact Us**

You can join our groups for discussion: QQ Group 16: 721813793. (**Please do not join twice**)

Or visit SellerDefense's official website for updates: https://sellerdefense.cn/

Contact SellerDefense now for trademark registration at the best price and brand registry.

To sellers whose merchant stores have been suspended, please contact us ASAP. We have already handled 8000+ cases, just long press the QR code below to learn more.  We offer professional consultation services **free of charge** for various cases.

 # SellerDefense Reconciliation Agent

*Professionalism: 8000+ successful cases*

*responsiveness: Files submitted and messages* replied *on the same* day

*Cost-effective: Highest retrieval rate + lowest lawyer fee in the market*

Long press QR code to follow

Category: Others Aaron Jan 4, 2021 Comment

Label：UFC

 **Author: Aaron**

Last Article                                                                 Next Article

Anonymous case showed UFC was represented by AMS, and Wish started to suspend merchant store, and withdraw your items now! !! – SellerDefense

 **SellerDefense**   Case List   Brands   Represented Cases   Law Firms Info   Trademark Registration   FAQ   Others

‹ **Two cases of B&O headphones represented by EPS were reported. Immediate take-down and withdraw your funds! List of defendants is attached!**

**Attention! Anonymous case showed that it was J Mark skirts, Amazon started to freeze sellers' funds due to IPR infringement. Take down relevant items!** ›

## Related Posts

○ Chinese brands are booming! U-Shape Pillow and reversible octopus Plushie got suspended, what a shock to cross-border sellers!

May 12, 2021

○ Is Windshield Ice Scraper by Scrape-A-Round a new IP infringement item? Elvis Presley owns ELV1S other than ELVIS

April 28, 2021

○ Caution! 10 hot IP patterns of Sneaker Match to be suspended. Withdraw your funds now!

April 24, 2021

○ Saper anonymous case opens, another new Guitar Capos brand GLIDER CAPO

April 22, 2021

○ A new brand! EPS represented squishmallows, and defendants are independent sites

April 20, 2021

○ A new law firm represented EverRatchet Clip, Bunch O Balloons comes back

April 19, 2021

## Comment

Your Email address will not be disclosed. Fields with * are required.

Comment

Name*

Email*

Website

☐ Save my name, email, and website in this browser for the next time I comment.

**Submit**

Type and press enter…

Anonymous case showed UFC was represented by AMS, and Wish started to suspend merchant stores, and withdraw your items now!! – SellerDefense



**SellerDefense**    Case List    Brands    Represented Cases    Law Firms Info    Trademark Registration    FAQ    Others

SellerDefense WeChat
Public Account



US Law Firm Case
Reconciliation Agent



QQ Group 1: 295380184 (Full)

QQ Group 2: 672085077 (Full)

QQ Group 3: 866864037 (Full)

QQ Group 6: 613979161 (Full)

QQ Group 8: 781447834 (Full)

QQ Group 10: 812058032 (Full)

QQ Group 12: 852478737 (Full)

QQ Group 15: 789733094 (Full)

QQ Group 16: 721813793 (Full)

QQ Group 18: 623673784

WeChat: dearzhi2019

WeChat Public Account: SellerDefense

## Brands Represented by Law Firms

Brands Represented by GBC

Brands Represented by Keith

Brands Represented by EPS

Brands Represented by David

## Useful Links

How Sellers of Cross-border E-commerce Lower the Risks of IPR Lawsuits

AliExpress IPR

DHgate IPR



Case List    Brands    Represented    Law Firms    Trademark    FAQ    Others
                       Cases          Info         Registration

---

Lawsuit Reconciliation 101

---

**Category**

Baker

David

EPS

FERENCE

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SKGF

SLADKUS

SMG

SpencePC

Uncategorized

Others

---

SellerDefense.cn 2017-2018

Shanghai ICP Registration No. 13015943-1

Shanghai Public Network No. 31011502012751

9/13/21, 1:02 PM          Urgent! Take down SHERLOCK HOLMES items now, an army of sellers got suspended! - SellerDefense

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 19 of 62 PageID #:179

  SellerDefense    Case List    Brands    Represented Cases    Law Firms Info    Trademark Registration    FAQ    Others

# Urgent! Take down SHERLOCK HOLMES items now, an army of sellers got suspended!

Home / Others / Urgent! HOLMES…

ıll □ □ Post Views: 1,371

Many sellers reported that their funds were frozen, and it only showed case number 21-cv-929!  After asking Xiaohe, we confirmed that SHERLOCK HOLMES IPR was infringed!

The law firm is AMS (AM Sullivan Law, LLC).  Quite a few sellers posted and were posting peripherals of SHERLOCK HOLMES. This kind of popular IP was possibly a major target of protection.



The law firm has been cautious about the case. When it was first filed, the plaintiff's information was completely anonymous. Now, the plaintiff company was disclosed in relevant files.

The suspension mail received by AliExpress sellers was screenshotted below:

Dear Customers:

We have received an order from a U.S. court in an intellectual property infringement lawsuit [illegible]
(21-cv-00929 )   We are aware that you are one of the defendants. It specifies that your company is ordered to cease all infringing acts due to alleged infringement. Based on the *Terms of Use, Free Membership Agreement*, and the relevant *Intellectual Property Rights (IPR) Protection Policy* agreed by the order center, we will freeze all the funds in your SPS account up to the date of freezing, remove the links to the products identified as infringing, and  clean up your AliExpress merchant store. We suggest you pay attention to the content of the order and strictly comply with the rules of the platform. We reserve the right to take other appropriate measures without notice based on the order, further court decisions, or platform agreements/rules/policies, etc.
You need to resolve the lawsuit and deal with the fact of infringement before your USD funds in your AliExpress account can be unfrozen. If you win the lawsuit in the U.S. court or reach a settlement with the right holder and meet the conditions of the settlement, please ask the rights holder's representative to notify us about the settlement and agreement to unfrozen your funds. We may unfreeze your funds at its discretion only after receiving confirmation from the rights holder's representative. Please check the contact info of the rights holder's representative below:
Plaintiff's Lawyer: Alison Carter

Prosecuting Law Firm: AM Sullivan Law, LLC

The address of Prosecuting Law Firm: 1440 W. Taylor St. #515, Chicago, Illinois 60607, USA

Phone No. of Plaintiff's Lawyer: +1 224.258.9378

## Case Info

Case Number: 21-cv-929

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 20 of 62 PageID #:180

 SellerDefense   **Case List**   **Brands**   **Represented Cases**   **Law Firms Info**   **Trademark Registration**   **FAQ**   **Others**

Time of Prosecution: 2021/2/19

The action of freezing was fast in just a month. The sellers of AliExpress has first received emails upon freezing. AliExpress was not the only one to take action against sellers, there would be more platforms starting from next week.

Prior to completing the action of freezing, the law firms would not release the list. It was predicted that the number of sellers being prosecuted would not be small.

### SHERLOCK HOLMES

Sherlock Holmes, a native of London, England, was a talented detective portrayed by Arthur Conan Doyle, an English detective novelist of the late 19th century. Not only the novel, but also the TV series and movies based on the novel are successful.

Plaintiff Company: Conan Doyle Estate Ltd. was named after the author, relevant website: https://conandoyleestate.com/





### Registered Trademark

The name of SHERLOCK HOLMES cannot be infringed at all. Some sellers reported that even they used FOR HOLMES, they were get prosecuted.

If it was not the action against IPR infringement, it might be the infringement of trademark of product pictures owned by the plaintiff company.



**SellerDefense**  Case List   Brands   Represented Cases   Law Firms Info   Trademark Registration   FAQ   Others

# SHERLOCK HOLMES

| | |
|---|---|
| **Word Mark** | SHERLOCK HOLMES |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: Playing cards, board games, puzzles, and action figures |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77937852 |
| **Filing Date** | February 17, 2010 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 11, 2020 |
| **International Registration Number** | 1432267 |
| **Owner** | (APPLICANT) Conan Doyle Estate Limited CORPORATION UNITED KINGDOM 9 London R |
| **Attorney of Record** | Breanna Contreras |
| **Prior Registrations** | 4313984;4690745;5396601 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| | |
|---|---|
| **Word Mark** | PROFESSOR CHALLENGER |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services, namely, a continuing television series featuring drama rende the field of entertainment rendered via the internet, portable and wireless communication devices |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87712178 |
| **Filing Date** | December 7, 2017 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 24, 2018 |
| **Owner** | (APPLICANT) Conan Doyle Estate, Ltd. CORPORATION UNITED KINGDOM 9 London Road Southampton UNITED |
| **Attorney of Record** | Benjamin Allison |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

The portray trademark of the author:



| | |
|---|---|
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely, books and short s |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 02.01.01 - Busts of men facing forward ; Heads of men facing forward ; Men - heads, portraiture, |
| **Serial Number** | 87751177 |
| **Filing Date** | January 11, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 24, 2018 |
| **Registration Number** | 5698880 |
| **International Registration Number** | 1428136 |
| **Registration Date** | March 12, 2019 |
| **Owner** | (REGISTRANT) Conan Doyle Estate, Ltd. CORPORATION UNITED KINGDOM 9 London Roa |
| **Attorney of Record** | Benjamin Allison |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a drawing of the head and to |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular livin |
| **Live/Dead Indicator** | LIVE |

Other word marks:



**SellerDefense**    Case List    Brands    Represented Cases    Law Firms Info    Trademark Registration    FAQ    Others

**Refine Search** (live)[LD] AND (CONAN DOYLE ESTATE )[OW]  [ Submit ]

**Current Search:** S1: **(live)[LD] AND (CONAN DOYLE ESTATE )[OW]**  docs: 15 occ: 60

| | Serial Number | Reg. Number | Word Mark |
|---|---|---|---|
| 1 | 88635900 | | BRIGADIER GERARD |
| 2 | 88214610 | 5832280 | ARTHUR CONAN DOYLE |
| 3 | 87712178 | | PROFESSOR CHALLENGER |
| 4 | 87884204 | 5906240 | SHERLOCK HOLMES |
| 5 | 87751192 | 5698882 | ARTHUR CONAN DOYLE |
| 6 | 87751177 | 5698880 | |
| 7 | 87882563 | 5626736 | ARTHUR CONAN DOYLE |
| 8 | 86126503 | 4690745 | SHERLOCK HOLMES |
| 9 | 86690768 | 5055732 | ARTHUR CONAN DOYLE |
| 10 | 85447511 | 4313984 | SHERLOCK HOLMES |
| 11 | 85229790 | 5396601 | SHERLOCK HOLMES CONAN DOYLE ESTATE LTD |
| 12 | 85229775 | 4117117 | PROFESSOR CHALLENGER |
| 13 | 85229786 | 4061527 | CONAN DOYLE ESTATE LTD. |
| 14 | 79258278 | 5958343 | ARTHUR CONAN DOYLE |
| 15 | 77937852 | | SHERLOCK HOLMES |

**Samples**

9/13/21, 1:02 PM    Urgent! Take down SHERLOCK HOLMES items now, a lot of sellers got suspended! - SellerDefense

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 23 of 62 PageID #:183







★★★★★ 4.8 ˅  90 Reviews  244 orders

US $0.85  US $1.22  -30%

Metal Color:

Quantity:  ⊖  1  ⊕  3999378 pieces available

Shipping: US $1.40 Free shipping for orders over US $30.00 via the selected shipping method
to United States via Cainiao Super Economy Global ˅
Estimated Delivery: 37-57 days ⓘ

SHERLOCK HOLMES- Private Dic Fictional Detective inspired Mens T shirt 100% Cotton Print Mens Summer O-Neck

★★★★★ 5.0 ˅  1 Review  1 order

US $6.50 - 11.50

Color:

Size:

| XXS | XS | S | M | L | XL | XXL | XXXL | 4XL |





Sherlock Holms Detective Cosplay Disfraz Halloween Costumes For Kids Role Play Game Performance Party Clothing

★★★★★ 5.0 ˅  1 Review  1 order

US $25.19  US $45.80  -45%

US $2.00 off on US $69.00  Get coupons

Color: Sherlock Holms Kids

Size:

| S | M | L |

Source: Sherlock Holms

Sherlock Holms

Quantity:



The use of letters of SHERLOCK alone is also risky:



| | Case List | Brands | Represented Cases | Law Firms Info | Trademark Registration | FAQ | Others |



## Summary

1. Word mark is the major target for IPR infringement. We are not sure if the identity copyright of characters are involved, but we recommend sellers do not copy any of them.

2. Due to the fact that a large number of products are derived from SHERLOCK HOLMES, the infringement of the images of characters on TV series or in the novel could be highly risky.

3. AliExpress starts to freeze sellers' funds even without the lists of defendants. Other platforms will take action soon.

4. AM Sullivan Law, LLC, the prosecuting Law Firm, represented a great many of popular brands last year. The way it obtains evidence is to take screenshots, and the reconciliation payment depends on the number of frozen funds.

## Contact Us

You can join our groups for discussion: QQ Group 16: 721813793. (**Please do not join twice**)

Or visit SellerDefense's official website for updates: https://sellerdefense.cn/

Contact SellerDefense now for trademark registration at the best price and brand registry.

To sellers whose merchant stores have been suspended, please contact us ASAP. We have already handled 8000+ cases, just long press the QR code below to learn more.  We offer professional consultation services **free of charge** for various cases.



# SellerDefense Reconciliation Agent

*Professionalism: 8000+ successful cases*

*responsiveness: Files submitted and messages replied on the same day*

*Cost-effective: Highest retrieval rate + lowest lawyer fee in the market*

Long press QR code to follow

Category: Others Zoey March19, 2021 Comment

Tag: sherlock  SHERLOCK HOLMES



**Author: Zoey**

Last Article

9/13/21, 1:02 PM    Urgent! Take down SHERLOCK HOLMES steps now, an army of sellers got suspended! - SellerDefense

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 25 of 62 PageID #:185

 **SellerDefense**    Case List    Brands    Represented Cases    Law Firms Info    Trademark Registration    FAQ    Others

## Related Posts

Chinese brands are booming! U-Shape Pillow and reversible octopus Plushie got suspended, what a shock to cross-border sellers!

May 12, 2021

Is Windshield Ice Scraper by Scrape-A-Round a new IP infringement item? Elvis Presley owns ELV1S other than ELVIS

April 28, 2021

Caution! 10 hot IP patterns of Sneaker Match to be suspended. Withdraw your funds now!

April 24, 2021

Saper anonymous case opens, another new Guitar Capos brand GLIDER CAPO

April 22, 2021

New brands! EPS represented squishmallows, and defendants are independent sites

April 20, 2021

A new law firm represented EverRatchet Clip, Bunch O Balloons comes back

April 19, 2021

## Comment

Your Email address will not be disclosed. Fields with * are required.

Comment

Name*

Email*

Website

☐ Save my name, email, and website in this browser for the next time I comment.

[Submit]

Type and press enter...



SellerDefense WeChat
Public Account



US Law Firm Case
Reconciliation Agent



QQ Group 1: 295380184 (Full)
QQ Group 2: 672085077 (Full)
QQ Group 3: 866864037 (Full)
QQ Group 6: 613979161 (Full)
QQ Group 8: 781447834 (Full)
QQ Group 10: 812058032 (Full)
QQ Group 12: 852478737 (Full)
QQ Group 15: 789733094 (Full)

QQ Group 16: 721813793 (Full)
QQ Group 18: 623673784
WeChat: dearzhi2019
WeChat Public Account: SellerDefense

## Brands Represented by Law Firms

Brands Represented by GBC
Brands Represented by Keith
Brands Represented by EPS
Brands Represented by David

## Useful Links

How Sellers of Cross-border E-commerce Lower the Risks of IPR Lawsuits
AliExpress IPR
DHgate IPR
eBay VERO
How to Retrieve a US Trademark
How to Retrieve a Chinese Trademark
Lawsuit Reconciliation 101



**SellerDefense**   Case List    Brands    Represented Cases    Law Firms Info    Trademark Registration    FAQ    Others

Baker

David

EPS

FERENCE

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SKGF

SLADKUS

SMG

SpencePC

Uncategorized

Others

SellerDefense.cn 2017-2018
Shanghai ICP Registration No. 13015943-1

Shanghai Public Network No. 31011502012751

9/13/21, 1:34 PM                    Caution! AMS started two anonymous cases recently, brands it represents are attached! - SellerDefense

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 28 of 62 PageID #:188

 SellerDefense      **Case List**    **Brands**    **Represented Cases**    **Law Firms Info**    **Trademark Registration**    **FAQ**    **Others**

## Caution! AMS started two anonymous cases recently, the brands it represents are attached!

Home / Uncategorized / Caution! AM...

📊 ▢ Post Views: ▢ 1,468

I just wrote a post on the brands represented by The Keener Law Firm yesterday. Today, I am going to share with you the brands represented by AM Sullivan Law, LLC.

The anonymous case reported by AM Sullivan Law, LLC two days ago was shown in the picture below. The defendants had not been released yet. We did not even know whether they were new or old brands.

You could follow us for more first-handed news.

| Time of Prosecution | Case Number | Venue | Law Firm | Type | Brand | Brand Owner |
|---|---|---|---|---|---|---|
| 2020/12/7 | 20-cv-7229 | IL | AMS | ? | ? | XYZ Corporation |
| 2020/12/7 | 20-cv-7226 | IL | AMS | ? | ? | XYZ Corporation |

AM Sullivan Law, LLC starts to engage in IPR this year, and it does not represent many brands with only 9 in total.

Visit SellerDefense official website for more brands

Official website: https://sellerdefense.cn/

### Peppa Pig (Trademark and IP)





**Reg. No. 4,783,931**          ENTERTAINMENT ONE UK LIMITED (UNITED KINGDOM LIMITED COMPANY (LTD.))
                                45 WARREN STREET
**Registered Aug. 4, 2015**      LONDON W1T 6AG
                                UNITED KINGDOM AND
**Int. Cls.: 3, 9, 16, 18, 21,**
**24, 25, 28, 29, 30, 32 and**   ASTLEY BAKER DAVIES LTD (UNITED KINGDOM LIMITED COMPANY (LTD.))
**41**                            ROOM 525, LINEN HALL
                                162-168 REGENT STREET, LONDON W1B 5TB
                                UNITED KINGDOM

9/13/21, 1:34 PM                    Caution! AMS started two anonymous cases recently, brands it represented are attached! - SellerDefense

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 29 of 62 PageID #:189



SellerDefense   Case List   Brands   Represented   Law Firms   Trademark   FAQ   Others
                                     Cases        Info        Registration

  

## Einstein (Trademark)



| | |
|---|---|
| Word Mark | EINSTEIN PROS THE SMART CHOICE |
| Goods and Services | IC 035. US 100 101 102. G & S: Franchise services, namely, offering business management and consultation in the establishment and operation restoration services. FIRST USE: 20121231. FIRST USE IN COMMERCE: 20161231 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 02.01.01 - Busts of men facing forward ; Heads of men facing forward ; Men - heads, portraiture, or busts facing forward ; Portraiture of men facir 02.01.05 - Historical men (American) ; Men, famous ; Presidents (American) 24.09.07 - Advertising, banners ; Banners |
| Serial Number | 88443569 |
| Filing Date | May 23, 2019 |
| Current Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | June 2, 2020 |
| Owner | (APPLICANT) The Hebrew University of Jerusalem not-for-profit corporation ISRAEL Mt. Scopus Jerusalem ISRAEL 91905 |
| Attorney of Record | Eva J. Pulliam |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PROS" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of an illustrated image of Albert Einstein's bust. To the right of the bust are the wi |

Current Search: S1: **(live)[LD] AND (Hebrew University of Jerusalem)[OW]** docs: 30 occ: 174

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 88443578 | | EINSTEIN PROS | TSDR | LIVE |
| 2 | 88443569 | | EINSTEIN PROS THE SMART CHOICE | TSDR | LIVE |
| 3 | 88443556 | | | TSDR | LIVE |
| 4 | 88443581 | 6127550 | EINSTEIN PROS | TSDR | LIVE |
| 5 | 88443574 | 6127549 | EINSTEIN PROS THE SMART CHOICE | TSDR | LIVE |
| 6 | 88443564 | 6127548 | | TSDR | LIVE |
| 7 | 88385944 | | EINSTEIN | TSDR | LIVE |
| 8 | 87295100 | 5572917 | EINSTEINMOJI | TSDR | LIVE |
| 9 | 87430756 | | PROFESSOR EINSTEIN | TSDR | LIVE |
| 10 | 87361616 | | EINSTEIN2 | TSDR | LIVE |
| 11 | 86023978 | 5984567 | EINSTEIN | TSDR | LIVE |
| 12 | 86226093 | 5944328 | EINSTEIN | TSDR | LIVE |
| 13 | 86915492 | 5202802 | EINSTEIN'S OILERY | TSDR | LIVE |
| 14 | 79095761 | 5747883 | EINSTEIN VISION | TSDR | LIVE |
| 15 | 78977440 | 3591305 | ALBERT EINSTEIN | TSDR | LIVE |
| 16 | 78273219 | | EINSTEIN | TSDR | LIVE |
| 17 | 78273213 | | ALBERT EINSTEIN | TSDR | LIVE |
| 18 | 78487259 | 5955726 | EINSTEIN | TSDR | LIVE |
| 19 | 78487257 | 5955725 | EINSTEIN | TSDR | LIVE |
| 20 | 78487256 | 5955724 | EINSTEIN | TSDR | LIVE |
| 21 | 78487254 | 4339058 | EINSTEIN | TSDR | LIVE |
| 22 | 78272756 | 2862827 | | TSDR | LIVE |
| 23 | 78487263 | | EINSTEIN | TSDR | LIVE |
| 24 | 77355013 | | MAX EINSTEIN | TSDR | LIVE |
| 25 | 77233486 | 3466016 | E EINSTEIN'S PLUMBING AND HEATING, INC. | TSDR | LIVE |
| 26 | 76041565 | 3451673 | EI2 EINSTEIN INDUSTRIES, INC. | TSDR | LIVE |
| 27 | 75519755 | | EINSTEIN | TSDR | LIVE |
| 28 | 75721806 | 2338577 | UNIVERSITY OF THE JEWISH PEOPLE | TSDR | LIVE |
| 29 | 74500436 | 1936070 | ALEPH | TSDR | LIVE |
| 30 | 73633732 | 1479104 | EINSTEIN | TSDR | LIVE |

## Hatsune Miku (Trademark)




**Word Mark** HATSUNE MIKU

**Translations** The non-Latin characters in the mark transliterate to "**HATSUNE MIKU**" and this has no meaning in a foreign language.

**Goods and Services**

IC 003. US 001 004 006 050 051 052. G & S: Non-medicated toiletries; perfume; fragrances; incense; lip cream; hand cream; nail varnish for cosmetic purposes

IC 009. US 021 023 026 036 038. G & S: Cellular phones; cell phone straps; cell phone covers; display screen protectors for providing shade and privacy speciall devices; electronic pens; computer mouse; mouse pads; bags adapted for laptops; sleeves for laptops; tablet computer; computer operating program, recorded; c downloadable music files; DVDs featuring music or cartoons; downloadable image files containing comic characters; video disks and video tapes with recorded a eyewear

IC 014. US 002 027 028 050. G & S: Clocks; alarm clocks; wristwatches

IC 015. US 002 021 036. G & S: Electronic musical instruments; music synthesizers; electronic musical keyboards; musical instruments; cases for musical instrur

IC 016. US 002 005 022 023 029 037 038 050. G & S: Paper and cardboard; gift wrapping paper; toilet paper; stationery; pocket memorandum books; note books paper party decorations; ink stamps; posters; calendars; books in the field of music or comics; trading cards; magazines in the field of music, comics or cartoons;

IC 018. US 001 002 003 022 041. G & S: Rucksacks; carry-on bags; shoulder bags; handbags; suitcases; credit card cases; key bags; purses; business card cas

IC 021. US 002 013 023 029 030 033 040 050. G & S: Combs; electric and non-electric toothbrushes; powder compacts; hair brushes; dishes; drinking vessels; l

IC 024. US 042 050. G & S: Towels of textile; face towels of textile; bath towels; covers for cushions; pillowcases; bed sheets; bed blankets; mattress covers; tape

IC 025. US 022 039. G & S: Coats; sweaters; leggings; rainwear; nightwear; underwear; swimsuits; bathing caps; camisoles; dressing gowns and bath robes; tee sandals; sneakers; boots; women's shoes; infants' shoes and boots; slippers; masquerade costumes

IC 028. US 022 023 038 050. G & S: Dolls; toy figures; stuffed toys; Christmas tree ornaments except confectionery and electric Christmas tree lights; jigsaw puz

IC 030. US 046. G & S: Tea-based beverages; coffee-based beverages; bread; sandwiches; hamburger sandwiches; pizza; hot dog sandwiches; candy; gummy c

IC 032. US 045 046 048. G & S: Aerated water; mineral water; fruit juice; vegetable juice; whey beverages

IC 041. US 100 101 107. G & S: Providing on-line electronic publications in the nature of e-magazines or books featuring music, comics or cartoons, not downloa playback of music via global communications networks and providing pre-recorded music to mobile communications devices via a global computer network and w

IC 042. US 100 101. G & S: Providing temporary use of a non-downloadable web-based software application for music composing; dress designing



New Vocaloid Hatsune Miku Figma 014 PVC Action Figure Toy Anime...
RMB 73.92 19 bids 2d 11h
Free International Shipping
Watch



Sponsored
2019 Hatsune Miku Sakura Anime Action Figure Collection Model...
RMB 80.50
Buy It Now
Free International Shipping
Watch



Hatsune Miku Sakura Miku Action Figure Kids Toy Doll Gift Cake...
RMB 79.09
Buy It Now
Free International Shipping
Watch



Anime Hatsune Miku rabbit ear ver action figure collectible model...
RMB 134.27 1d 14h
10 bids
Free International Shipping
Watch



Nendoroid Vocaloid Sakura Hatsune Miku PVC Figure #97A
RMB 36.93 4 bids 4d 7h
Free International Shipping
Watch




Hatsune Miku 2019 Sakura 8" Anime Action Figure Collection...
RMB 96.81
Was: RMB 101.91 5% off
Buy It Now
Free shipping
264 sold



Anime Nendoroid 500# Hatsune Miku Sakura Miku PVC Action...
RMB 80.56 0 bids 2d 13h
or Best Offer
+RMB 55.72 shipping
Watch



Hatsune Miku Halloween Ver. Nendoroid #448 Anime PVC...
RMB 114.74
Was: RMB 120.78 5% off
Buy It Now
Free International Shipping
Watch

## RUBIK'S Cube (Trademark)



SellerDefense   Case List   Brands   Represented Cases   Law Firms Info   Trademark Registration   FAQ   Others

Reg. No. 2,285,794

**United States Patent and Trademark Office**   Registered Oct. 12, 1999

## SERVICE MARK
### PRINCIPAL REGISTER



SEVEN TOWNS LIMITED (UNITED KINGDOM CORPORATION)
7 LAMBTON PLACE
LONDON W11 2SH, ENGLAND

FOR: LICENSING OF INTELLECTUAL PROPERTY, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 11-0-1998; IN COMMERCE 11-0-1998.
OWNER OF U.S. REG. NOS. 1,242,974 AND 1,265,094.
THE DRAWING IS LINED FOR THE COLORS RED AND GREEN. THE REMAINING COLORS -- WHITE, BLUE, YELLOW, AND

ORANGE -- DO NOT APPEAR IN THE DRAWING, BUT ARE CLAIMED AS A FEATURE OF THE MARK.
THE MARK CONSISTS OF A BLACK CUBE HAVING NINE COLOR PATCHES ON EACH OF ITS SIX FACES WITH THE COLOR PATCHES ON EACH FACE BEING THE SAME AND CONSISTING OF THE COLORS RED, WHITE, BLUE, GREEN, YELLOW AND ORANGE.

SN 75-105,330, FILED 5-2-1996.

DORITT L. CARROLL, EXAMINING ATTORNEY



**Iron Maiden (Trademark and IP)**

9/13/21, 1:34 PM

Caution! AMS started two anonymous cases recently, brands it represented are attached! – SellerDefense

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 32 of 62 PageID #:192



Case List    Brands    Represented Cases    Law Firms Info    Trademark Registration    FAQ    Others





**TMNT (Trademark)**

# TMNT

| | |
|---|---|
| Word Mark | TMNT |
| Goods and Services | IC 025. US 022 039. G & S: Clothing, footwear and headgear, namely, cloth aprons, bandanas, bathing suits, clothing belts, hats, headbands, outwear jackets, jumpsuits, mittens, neckwarmers, children's pram suits, children's raincoats, robes, sock |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Trademark Search Facility Classification Code | LETTER-3-OR-MORE TMNT Combination of three or more letters as part of the mark |
| Serial Number | 78916465 |
| Filing Date | June 26, 2006 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | February 13, 2007 |
| Registration Number | 3370778 |
| International Registration Number | 0910136 |
| Registration Date | January 15, 2008 |
| Owner | (REGISTRANT) Mirage Studios, Inc. CORPORATION DELAWARE 16 Market Street Northampton MASSACHUSETTS 010 |
| | (LAST LISTED OWNER) VIACOM INTERNATIONAL INC. CORPORATION DELAWARE 34TH FLOOR 1515 BROADWAY I |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Prior Registrations | 2635150;3112465 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170324. |
| Renewal | 1ST RENEWAL 20170324 |
| Live/Dead Indicator | LIVE |

9/13/21, 1:34 PM
Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 33 of 62 PageID #:193
Caution! AMS started two anonymous cases recently, brands it represented are attached! - SellerDefense



Case List　Brands　Represented Cases　Law Firms Info　Trademark Registration　FAQ　Others



**L.O.L. SURPRISE!(Copyright)**

|  | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90065429 | | BOOM!! | TSDR | LIVE |
| 2 | 90050385 | | WINTER DANCE, DANCE, DANCE! | TSDR | LIVE |
| 3 | 90040358 | | BESTGIFTBOX.COM | TSDR | LIVE |
| 4 | 90040356 | | BEST GIFT BOX | TSDR | LIVE |
| 5 | 88939227 | | SECRET CRUSH | TSDR | LIVE |
| 6 | 88918567 | | FRONTLINE HEROES | TSDR | LIVE |
| 7 | 88857272 | | YOGARRR! | TSDR | LIVE |
| 8 | 88079905 | | BRATZ | TSDR | LIVE |
| 9 | 88854322 | | DOJO BATTLE | TSDR | LIVE |
| 10 | 88918575 | | FRONTLINE HERO RACERS | TSDR | LIVE |
| 11 | 88847929 | | TOBI | TSDR | LIVE |
| 12 | 88841128 | | RAINBOW HIGH | TSDR | LIVE |
| 13 | 88819749 | | RIP RAINBOWS IN PIECES | TSDR | LIVE |
| 14 | 88819745 | | RIP RAINBOWS IN PIECES | TSDR | LIVE |
| 15 | 88819742 | | NA! NA! NA! SURPRISE | TSDR | LIVE |
| 16 | 88819737 | | NA! NA! NA! SURPRISE | TSDR | LIVE |
| 17 | 88080107 | 6091614 | POOPSIE SURPRISE UNICORN | TSDR | LIVE |
| 18 | 88819755 | | WRECK ROYALE | TSDR | LIVE |
| 19 | 88819753 | | WRECK ROYALE | TSDR | LIVE |
| 20 | 88939873 | | TOYS 2 GO | TSDR | LIVE |
| 21 | 88939812 | | TOYS WE WANT | TSDR | LIVE |
| 22 | 88939807 | | TOYS U WANT | TSDR | LIVE |
| 23 | 88923652 | | I LIKE TOYS | TSDR | LIVE |
| 24 | 88923650 | | LIKES TOYS | TSDR | LIVE |
| 25 | 88819727 | | VIRO RIDES | TSDR | LIVE |
| 26 | 88080120 | | POOEY PUITTON | TSDR | LIVE |
| 27 | 87912636 | 5719861 | SMOOSHINS | TSDR | LIVE |
| 28 | 87461400 | 5374191 | L.O.L. SURPRISE! | TSDR | LIVE |
| 29 | 87461324 | 5374188 | L.O.L. SURPRISE! | TSDR | LIVE |
| 30 | 86826557 | 4990475 | GEL-A-PEEL | TSDR | LIVE |
| 31 | 86598968 | 4999540 | NUM NOMS | TSDR | LIVE |
| 32 | 86065844 | 4941768 | LALALOOPSY TINIES | TSDR | LIVE |
| 33 | 78302487 | | KALI | TSDR | LIVE |
| 34 | 77979280 | 3819747 | BE TRUE! BE YOU! | TSDR | LIVE |
| 35 | 77097138 | 3610825 | | TSDR | LIVE |
| 36 | 76596392 | 3102657 | | TSDR | LIVE |
| 37 | 76304864 | 2751890 | BRATZ | TSDR | LIVE |
| 38 | 76182873 | 2727737 | CLOE | TSDR | LIVE |
| 39 | 76179479 | 2789216 | BRATZ | TSDR | LIVE |
| 40 | 76179478 | 2709867 | SASHA | TSDR | LIVE |

9/13/21, 1:34 PM          Caution! AMS started two anonymous cases recently, brands it represented are attached! - SellerDefense

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 34 of 62 PageID #:194



SellerDefense    **Case List**    **Brands**    **Represented Cases**    **Law Firms Info**    **Trademark Registration**    **FAQ**    **Others**



**Led Zeppelin (Trademark and Copyright)**



**MIRACULOUS (Trademark and Copyright)**

9/13/21, 1:34 PM                    Caution! AMS started two anonymous cases recently, brands it represented are attached! - SellerDefense

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 35 of 62 PageID #:195



| Case List | Brands | Represented Cases | Law Firms Info | Trademark Registration | FAQ | Others |



This is all for today, and please scan the QR code via WeChat to learn more about case details.

**Contact Us**

You can join our groups for discussion: QQ Group 15: 789733094. (**Please do not join twice**)

Or visit SellerDefense's official website for updates: https://sellerdefense.cn/

Contact SellerDefense now for trademark registration at the best price and brand registry.

To sellers whose merchant stores have been suspended, please contact us ASAP. We have already handled 8000+ cases, just long press the QR code below to learn more. We offer professional consultation services **free of charge** for various cases.



## SellerDefense Reconciliation Agent

*Professional:8000+ successful cases*
*Responsive:* Files submitted and messages replied on the same day
*Cost-effective: Highest retrieval rate + lowest lawyer fee in the market*

Long press QR code to follow

9/13/21, 1:34 PM
Caution! AMS started two anonymous cases recently, brands it represented are attached! - SellerDefense
Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 36 of 62 PageID #:196



Case List    Brands    Represented    Law Firms    Trademark    FAQ    Others
                       Cases          Info          Registration



Author: Aaron

---

Last Article

**Keener & Associates Suspected to Sue 392 Accounts in Anonymous Cases! Representing New Brands?**

Next Article

**New Law Firm, New Brand, New Shock! Caution! Take Down Now**

---

## Related Posts

Litigations for New and Old Brands! GBC's Frequent Actions Need Seller's Attention!

September 9, 2021

GBC to Represent New Brands! Take Down and Withdraw Funds Before Suspension!

September 6, 2021

Infringement Alerts! New Brands Starts Suspension! Take This Product Down and Withdraw Funds Now!

September 3, 2021

AM Sullivan Suspended Amazon Sellers in Anonymous Cases. New Law Firm Sriplaw Also Starting. Take Down Relevant Products Now!

August 31, 2021

Another Anonymous Case by Saper Published! eBay Sellers Suspension Started. Take down Relevant Products Now!

August 30, 2021

Urgent! Sellers Getting Suspended for Two Anonymous Cases. Take down Relevant Products Now

August 27, 2021

---

## Comment

Your Email address will not be disclosed. Fields with * are required.

Comment

Name*

Email*

Website

9/13/21, 1:34 PM

Caution! AMS started two anonymous cases recently, brands it represented are attached - SellerDefense

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 37 of 62 PageID #:197



Case List      Brands      Represented      Law Firms      Trademark      FAQ        Others
                           Cases            Info          Registration

Type and press enter…

SellerDefense WeChat
Public Account

US Law Firm Case
Reconciliation Agent

QQ Group 1: 295380184 (Full)

QQ Group 2: 672085077 (Full)

QQ Group 3: 866864037 (Full)

QQ Group 6: 613979161 (Full)

QQ Group 8: 781447834 (Full)

QQ Group 10: 812058032 (Full)

QQ Group 12: 852478737 (Full)

QQ Group 15: 789733094 (Full)

QQ Group 16: 721813793 (Full)

QQ Group 18: 623673784

WeChat: dearzhi2019

WeChat Public Account: SellerDefense

## Brands Represented by Law Firms

Brands Represented by GBC

Brands Represented by Keith

Brands Represented by EPS

Brands Represented by David

## Useful Links

9/13/21, 1:34 PM                    Caution! AMS started two anonymous cases recently, brands it represented are attached! – SellerDefense

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 38 of 62 PageID #:198

 **SellerDefense**    Case List    Brands    Represented Cases    Law Firms Info    Trademark Registration    FAQ    Others

eBay VERO
How to Retrieve a US Trademark
How to Retrieve a Chinese Trademark
Lawsuit Reconciliation 101

**Category**

Baker

David

EPS

FERENCE

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SKGF

SLADKUS

SMG

SpencePC

Uncategorized

Others

SellerDefense.cn 2017-2018
Shanghai ICP Registration No. 13015943-1

Shanghai Public Network No. 31011502012751

9/13/21, 1:04 PM

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 39 of 62 PageID #:199

Caution! Popular Cartoon Teenage Mutant Ninja Turtles to be Represented by AM Sullivan!-AMZ123Amazon Navigation-Cross Border E-commerce Headline-AMZ123Amazon Navigation-Cross Border E-commerce Portal

# Caution! Popular Cartoon Teenage Mutant Ninja Turtles to be Represented by AM Sullivan!

 **SellerGuard**

2020-8-7  👁 302

This case was originally an anonymous case from 07/23/2020. As we were querying new cases, we saw this one:

| Case Number | Case Title | Assigned Judge | Filed Date |
|---|---|---|---|
| 20-cv-4335 | XYZ Corporation vs The Partnerships | Judge Virginia Kendall | 07/23/2020 |

Today, some eBay sellers began to receive suspension emails from PayPal, which revealed this anonymous case:

Time of Prosecution: 07/23/2020
Plaintiff's Brand: TMNT (Teenage Mutant Ninja Turtles Trademark + Identity Copyright)
Plaintiff Company: VIACOM INTERNATIONAL INC
Prosecuting Law Firm: AM Sullivan Law, LLC

This case has already led to suspension of sellers on eBay and other platform will follow suit. Sellers with related products concerning this IP should be prepared. Judging from past reconciliation experience, however, AM Sullivan Law, LLC is not too harsh in handling the litigation.

TMNT is adapted from American comics by Mirage Studios published in 1984, which was created by Keven Eastman and Peter Laird. This IP has been popular in cross border e-commerce products.



The IP for this brand includes following word mark:

**TMNT**.

# TMNT

| | |
|---|---|
| **Word Mark** | **TMNT** |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Ho cases; meal trays; soap cases and soap dishes; wasteb |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE TMNT Combination of three or mor |
| **Serial Number** | 78916448 |
| **Filing Date** | June 26, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 6, 2007 |
| **Registration Number** | 3532641 |
| **Registration Date** | November 11, 2008 |
| **Owner** | (REGISTRANT) Mirage Studios, Inc. CORPORATION DE |
| | (LAST LISTED OWNER) VIACOM INTERNATIONAL INC. |

Teenage Mutant Ninja Turtles

# TEENAGE MUTANT NINJA TURTLES

| | |
|---|---|
| **Word Mark** | **TEENAGE MUTANT NINJA TURTLES** |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Clocks, alarm clocks, |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78926955 |
| **Filing Date** | July 11, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 13, 2007 |
| **Registration Number** | 3237389 |
| **Registration Date** | May 1, 2007 |
| **Owner** | (REGISTRANT) Mirage Studios, Inc. CORPORATION DELA |
| | (LAST LISTED OWNER) VIACOM INTERNATIONAL INC. C |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| ~~Attorney of Record~~ | ~~Michelene Hollis~~ |

Other than this, all identities of the characters from the cartoon are copyrighted and cannot be shown in product images.



As a widely popular cartoon and with a huge number of related products, the impact of lawsuit related to this IP would be huge. Many sellers, especially those interested in cartoon and comics IP products, would make products about this IP.

It has landed on many platforms and the sales are high:

**Wish:**



**EBAY:**



AliExpress:



It is also worth noting that the plaintiff VIACOM owns many popular movies and should be avoided:



✕　　　　**VIACOM_Baidu Baike**　　　···

🏠　　🔥　　**Baidu Baike**　　🔍　☰

 **Term**　**Recomme
nded**



🖼 2

# VIACOM　　　　　　　　　✏️　🎧

VIACOM is the third largest media company in the US with 39 regional TV stations, Paramount Television with 55,000 hours of shows, and Paramount Pictures founded in 1912 (owning more than 2,500 movies like classic films *Forrest Gump*, *Godfather*, *Mission Impossible*, *Titanic*).

It also owns CBS in operation since 1948 with more than 200 affiliated stations (one of the 5 largest TV networks), MTV founded on August 1981 in New York with 79 million households in the US and 384 million households in 140 countries worldwide.

**Table of Contents**



 SellerGuard



# "Cross border sellers are all here Find good services here."

< Trademark VAT · Taxation & Compliance · Review & Appeal · Software & Tools · Payment etc. 口



**We have a group for Amazon sellers with many big sellers.**

**Scan the QR code now and send "Join" to join the group.**

More than 300 thousand followers

The article is the opinion of the author and not related to AMZ123. If there is any infringement, please contact us.

  

Share with your friends now!



0 Thumbs up    0 Favorites

Newest    Popular    Service    Logistics    Tags    Author



### How to Make Use of the Opportunity from Amazon's New Drop Shipping Policy?

[Egainnews Share Issue 1685] For breaking news/repost/contribute, please contact: Kelly | WeChat: egainnews035. Want to operate on Amazon but fear losing it all? You can now try this "drop shipping" model which has lower startup cost than other models like "Prime". Some policy update about "drop shipping", however, was made by Amazon recently and warrants attention. Amazon drop shipping policy…



### "Finally Coming to Sense? International Shipping Giants Decide to Stop Price Hiking. Effective Immediately"

In recent months, the sea freight is going high and all of a sudden international shipping giants decide to stop price hiking. Finally coming to their sense? What? Sea freight going up again? What is Amazon doing again? I read about a post in an online forum where one seller claiming the sea freight went up again with one container up to 40,000 dollars. This is not even inclusive of the back-end cost, which is beyond his acceptance. What's this all about? I still vaguely remember…



### Weekly Breaking News | The Year-on-year Growth of Imports and Exports in China During the Past 8 months is 23.7%; Amazon Updates UK, Germany, France, Italy, Spain Self-distribution Seller…

The year-on-year growth of imports and exports in China during the past 8 months is 23.7%; On September 7, GAC statistics showed that for the first 8 months, the imports and exports in China totaled 24.78 trillion yuan with a 23.7% year-on-year growth and 22.8% growth than the same period in 2019. Exports totaled 13.56 trillion yuan with a 23.2% year on growth and 23.8% growth than the same period in 2019. Parent company of Shopee, Sea is expected to raise capital of 6.3 billion dollars, becoming the largest financing event in South East Asia. 9…



### Riding the New Tide, Red Bull's Integrated Marketing Strategy on TikTok.

Red Bull is the first and one of the most well-known energy drinks. Its marketing is very innovative, as can be seen from most sports it sponsors. Red Bull's marketing video

is the best demonstration of marketing hot and popular content. To some extent, everyone should learn from Red Bull as it has always connected with its followers via innovative video platform…



### How to Get Audit Report with "Unqualified Opinion" for a Hong Kong Company?

The importance of audit report with unqualified opinion; Audit is a vital procedure for a Hong Kong company in tax return. After the financial status of a company has been audited, relevant opinion would be made, i.e. audit opinion. Different audit report opinions would be made according to the company operating condition. It would then be sent to Inland Revenue Department for assessment with the client's signature. There are four types of audit report opinion: Unqualified opinion, modified opinion, …



### [Weekly Report for 09/13] China and Indonesia Jointly Launch RMB Clearing Mechanism

// China and Indonesia jointly launch RMB clearing mechanism; According to People's Daily online, China will be using RMB for trading with Indonesia, meaning the two countries would no longer be using US dollars. The cooperation framework is claimed to have been agreed upon by the Governor of Bank Indonesia Perry Warijiyo and Governor of People's Bank of China Yi Gang on September 30, 2020 and…

**Newest Comment (0)**

**/Join Discussions**

**Log in** to comment

Enter Comment

Reply

↩ Advanced Reply

Back

| am sullivan | Search |
|---|---|

## Topic List

### AM Sullivan Law Firm Representing New Brands with Case

· Published on #Cross Border E-commerce Headline#

On January 11, 2021, AM Sullivan Law, LLC. filed a new IPR lawsuit to the United States District Court for the Northern District of Illinois with Aardman Animations as the plaintiff. Basic information about the case is listed below: Aardman Animations. Time of Prosecution: 01/01/2021. Plaintiff: Aardman Animations. Plaintiff's Trademark: SHAUN THE SHEEP. Case No.: 20-cv-4077. Reconciliation Payment:...

### AM Sullivan Law, LLC. Introduction to this law firm

· Published on #Cross Border E-commerce Headline#

AM Sullivan Law, LLC.is a law firm in Chicago, IL with office location at 1440 W. Taylor St. #515 Chicago, Illinois 60607. Its main practicing area is legal services related to intellectual property. AM Sullivan Law, LLC.'s founder is Ann Marie, who is currently...

### AM Sullivan Law Firm Representing New Brands with New Case

· Published on #Cross Border E-commerce Headline#

On June 10, 2020, AM Sullivan Law, LLC. filed a new IPR lawsuit to the United States District Court for the Northern District of Illinois with MGA Entertainment, Inc. as the plaintiff. Basic information about the case is listed below: MGA Entertainment, Inc. Time of Prosecution: 07/10/2020. Plaintiff: MGA Entertainment, Inc. Plaintiff's Trademark: L.O.L. Surprise! Case No.: 20-cv-...

### Just in! Rubik's Cube to be Represented by AM Sullivan Law Firm in New Case

· Published on #Cross Border E-commerce Headline#

On January 30, 2020, AM Sullivan represented Rubik's Brand Ltd. and filed a lawsuit in United States District Court for the Northern District of Illinois. Case 20-cv-694 (Rubik's Cube) is expected to be within one month of TRO related suspension while two other cases concerning *Miraculous Ladybug* related suspension not started. Sellers with relevant products should act quick to withdraw funds. AM...

### Just in! New Brand Miraculous Ladybug - New Law Firm AM Sullivan Law

· Published on #Cross Border E-commerce Headline#

Today's infringement case is case no. 20-cv-13 from 2020: Miraculous Ladybug represented by a new law firm AM Sullivan Law, LLC. This case is expected to be within half a month of TRO related suspension. Sellers with relevant products should act quick to withdraw funds. AM Sullivan Law is a law firm in Chicago, IL and dedicated to IPR…

### Caution! Popular Cartoon Teenage Mutant Ninja Turtles to be Represented by AM Sullivan!

· Published on #Cross Border E-commerce Headline#

As we were querying new cases, we saw this one: Today, some eBay sellers began to receive suspension emails from PayPal, which revealed this anonymous case: Time of Prosecution: 07/23/2020. Plaintiff's Brand: TMNT (Teenage Mutant Ninja Turtles Trademark + Identity Copyright). Plaintiff Company: VIACOM INTERNATIONAL INC. Prosecuting Law Firm: AM Sullivan Law,...

### Caution! Popular Cartoon Teenage Mutant Ninja Turtles to be Represented by AM Sullivan!

· Published on #Cross Border E-commerce Headline#

As we were querying new cases, we saw this one: Today, some eBay sellers began to receive suspension emails from PayPal, which revealed this anonymous case: Time of Prosecution: 07/23/2020. Plaintiff's Brand: TMNT (Teenage Mutant Ninja Turtles Trademark + Identity Copyright). Plaintiff Company: VIACOM INTERNATIONAL INC. Prosecuting Law Firm: AM Sullivan Law,...

### Sammy Sullivan US emsp;

· Published on #Reviewer Blacklist#

Name: Sammy Sullivan Country: US Email: WeChat: Amazon Homepage: Facebook Homepage: https://www.facebook.com/samananthub

She totally disappeared after receiving test sample

### Take Down Now! Two Popular Brands File Infringement Lawsuit with Multiple Sellers Suspended! [Cross Border E-commerce Copyright Infringement School]

· Published on #Cross Border E-commerce Headline#

Loeb LLP and Hatsune Miku's representing law firm AM Sullivan Law, LLC. These two firms are both new and products related to Hatsune Miku are being suspended. Sellers having this problem should remember to contact us as soon as possible. Two products that may infringe copyright are two popular products in several platforms. We recommend sellers check their online store carefully and take down relevant products.

New Year, New Case, New Law Firms: Interpreting Newest High-risk IPR Infringement Case in 2020

· Published on #Cross Border E-commerce Headline#

Cartoon "Miraculous Ladybug" launching lawsuit. International popular cartoon IP "Miraculous Ladybug" owner launches lawsuit with AM Sullivan Law, LLC representing them. Suspension of relevant sellers started from January 2. A quick search on Baidu tells us the IP is a cartoon made by France, Japan, Korea, and the United States of America…

---

Infringement Avoidance | Summary of Infringement keywords in October on Amazon and Other Platforms (Updated by September 24)

· Published on #Cross Border E-commerce Headline#

Crain, Ltd. 04 Infringement Keyword: Einstein. Prosecuting Law Firm: AM Sullivan Law, LLC. 05 Infringement Keyword: Mister Twister. 06 Infringement Keyword: Converse. Prosecuting Law Firm: Greer, Burns & Crain, Ltd. 07 Infringement Keyword: Def Leppard. Prosecuting Law Firm: Greer, Burns & Crain, L

---

Attention! Anonymous Cases Reveal List of Thousands of Defendants!

· Published on #Cross Border E-commerce Headline#

AM Sullivan Law Firm 20-cv-5786 is the case related to the Einstein IP, which starts suspension in recent two days: AM Sullivan [09/29/2020] 20-cv-5786. Hebrew University of Jerusalem (Einstein). More than 388 sellers prosecuted. Keener [09/04/2020] 20-cv-5256 Good Life Ltd. (Parker Baby CO, baby product) with 97 sellers prosecuted. Keener [2020/9/11] 20-cv-…

---

4 New Brands Launching Lawsuit with Two Starting Suspension! Read Now!

· Published on #Cross Border E-commerce Headline#

Law Firm: AM Sullivan Law, LLC. Terry O'Neill is the most renowned photographer whose work is kept at national gallery and private collection around the world. From the president to pop star, he has been taking photos of celebrities for 60 years. His career started from the sixties. Terry O'Neill started to capture new faces in movie, fashion, and music. Photographer…

---

Big News! First IPR Infringement Case in 2020! Check Your Store Now!

· Published on #Cross Border E-commerce Headline#

Popular Comic Miraculous Ladybug Launching Lawsuit. On January 2, International popular cartoon IP "Miraculous Ladybug" owner launches lawsuit with a new law firm, AM Sullivan Law, LLC representing them. *Miraculous Ladybug* is an animated film made by France, Japan, United States of America, Korea. Based on Paris, it told the story of two high school students…

---

Infringement Avoidance | Summary of Infringement Keywords in March on Amazon and Other Platforms (Newest! Updated by March 4

· Published on #Cross Border E-commerce Headline#

01 Infringement Keyword: Stussy, fashion brand in the US. Prosecuting Law Firm: Keener&...FOX, PLLC. 07 Infringement Keyword：POCOYO. Prosecuting Law Firm: Keith. 08 Infringement Keyword: Shaun the sheep. Prosecuting Law Firm: AM Sullivan Law, LLC. 09 Infringement keywords: Weed Snatcher. Prosecuting Law Firm: David Gulbransen

---

Infringement Avoidance | Summary of Infringement Keywords in June on Amazon and Other Platforms (Updated by June 4

· Published on #Cross Border E-commerce Headline#

1.Infringement Keyword: Pregnancy Pillow Patent No.: USD906013S 2. Infringement Keyword: SPIN THE SHOT. Prosecuting Law Firm: Keener & Associates, P.C 3. Infringement Keyword: Tee Turtle. Prosecuting Law Firm: …Infringement Keyword: AS Roma. Prosecuting Law Firm: AM Sullivan Law, LLC

---

New Cases Summary! Seven Cases from Nike! Eight Brands Concerning MJ Bags Starts Filing Lawsuits!

· Published on #Cross Border E-commerce Headline#

Infringement examples from Mon Cheri wedding dress case: Other Law Firms, Other Law Firms: On January, two new law firms represented three new brands: AM Sullivan represented *Miraculous Ladybug* and Rubik's Cube. DLA Piper represented D'Addario. None of them started suspension and is expected to initiate recently. 1.With…

---

Alert! Nike, Peanuts, Iron Maiden Launching Lawsuits!

· Published on #Cross Border E-commerce Headline#

Brand: Iron Maiden. Official Website: https://www.ironmaiden.com/. Plaintiff's Lawyer: AM Sullivan Law, LLC. Case No.: 21-cv-00631. Court: United States District Court for the Northern District of Illinois. Iron Maiden Holdings, Ltd. (Chinese name: 铁娘子控股有限公司) is an entertainment company located in London, UK. Their rock band "Iron Maiden" on…

---

New Year, New Case, New Law Firms: Interpreting Newest High-risk IPR Infringement Case in 2020

· Published on #Cross Border E-commerce Headline#

Cartoon "Miraculous Ladybug" launching lawsuit. International popular cartoon IP "Miraculous Ladybug" owner launches lawsuit with AM Sullivan Law, LLC swiftly representing them. Suspension of relevant sellers started from January 2. A quick search on Baidu tells us the IP is a cartoon made by France, Japan, Korea, and the United States of America about a magical girl…

---

Popular IP Miraculous Ladybug Launching Lawsuit. Infringement Evidence Pointing at More than Ten Thousands Sellers! [Cross Border E-commerce Copyright Infringement School]

· Published on #Cross Border E-commerce Headline#

Here comes a new lawsuit about cross border e-commerce. Today we are going to discuss the new case in IPR infringement…The representing law firm today is AM Sullivan Law, LLC, which is new and a complete mystery to us. It's uncertain whether it would demand higher reconciliation payment or stricter reconciliation request. Suspension has not started for this case. Sellers should act quickly as there's still time.

................................................................................................

#### Caution! Another Band Brand Launching Lawsuit and Suspension Starting! Here are All the Brands!

· Published on #Cross Border E-commerce Headline#

Represented by AM Sullivan Law Firm: Led Zeppelin, Iron Maiden. Represented by SMG Law Firm: The Beatles. Represented by GBC Law Firm: Eagles. Represented by HSP: Volbeat. Judging from the current situation, more law firms are representing bands to launch lawsuit. Below are several famous western bands that...

................................................................................................

#### Another Heavy Metal Band Brand to be Represented by Law Firms! Did You Known Ten of them Now?

· Published on #Cross Border E-commerce Headline#

Represented by AM Sullivan Law Firm: Led Zeppelin, Iron Maiden. Represented by SMG Law Firm: The Beatles. Represented by GBC Law Firm: Eagles and Def Leppard. Represented by HSP Law Firm: Volbeat. Judging from the current situation, more law firms are representing bands to launch lawsuit. Below ...

................................................................................................

#### Urgent! Anonymous Cases Reveal Einstein IP to be Represented by AM Sullivan. Suspension Starting!

· Published on #Cross Border E-commerce Headline#

AM Sullivan Law, LLC. [08/27/2020] 20-cv-5058 Hebrew University of Jerusalem. Einstein. Albert Einstein (03/14/1879-04/18/1955) was born in Ulm, Württemberg, German and graduated from Federal polytechnic school in Zurich…

................................................................................................

#### Infringement Avoidance | Newest! Summary of Infringement Keywords in March

· Published on #Cross Border E-commerce Headline#

Infringement Keyword: Led Zeppelin. Prosecuting Law Firm: AM Sullivan Law, LLC 3. Infringement Keyword: PXG and other golf equipment brands. Prosecuting Law Firm: SMG4.Infringement Keyword: Baby Shark and Pinkfong. Prosecuting Law Firm: Epstein Drangel LLP5.Infringement Keyword: ANGLE-IZER. Prosecuting Law Firm: Keith6.Infringement Keyword: Anne...

................................................................................................

#### Take Down Now! Three New Brands Launching Lawsuit. 1000+ Stores Facing Suspension!

· Published on #Cross Border E-commerce Headline#

Associazione Sportiva Roma: AM Sullivan Law, LLC; Blippi: EPSTEIN DRANGEL LLP. Suspension already started for 3 cases. Sellers, hurry up and check if you have products infringing relevant IPR. There have been many IPR infringement lawsuits recently. Summarizing the three cases above, trademark, design patent, and copyright have become the common focus and standpoint of rightsholder. Sellers…

................................................................................................

#### Betty Boop, Hello Neighbor, MÖTLEY CRÜE, Sabaton: Notice about New Brands Cases!

· Published on #Cross Border E-commerce Headline#

Below are the basic information about the cases: 1. Fleischer Studios, Inc. Time of Prosecution: 07/23/2021 Plaintiff: Fleischer Studios, Inc. Plaintiff's Trademark: Betty Boop. Representing Law Firm: AM Sullivan Law, LLC. Case No.: 21-cv-3919. Reconciliation Payment: This is a new plaintiff with unknown reconciliation requirement. Betty Boop is a famous cartoon star in the US. In 1930…

................................................................................................

#### Urgent! Suspension Started for Anime Character Hatsune Miku! Take Down All Relevant Products Now!

· Published on #Cross Border E-commerce Headline#

AM Sullivan [09/21/2020] 20-cv-5589 Crypton Future Media Inc (Hatsune Miku). AM Sullivan Law Firm is located in Chicago, IL and dedicated to IPR. It first appeared in cross-border e-commerce cases on January 2, 2020. Brands it represented: MIRACULOUS (Miraculous Ladybug), Rubiks...

................................................................................................

#### Breaking News! AM Sullivan Law, LLC to Represent Einstein in Anonymous Cases! Suspension Already Started!

· Published on #Cross Border E-commerce Headline#

AM Sullivan Law, LLC is located in Chicago, IL with an address of 1440 W. Taylor St., Suite 515 Chicago, Illinois 60607. Einstein was born in a Jewish family (both parents were Jewish) in Ulm, Germany. He graduated from Federal polytechnic school in Zurich in 1900, and entered Swiss…

................................................................................................

#### Shanna Renee Nilson, US, shannacurtis85@hotmail.com

· Published on #Reviewer Blacklist#

Name: Shanna Renee Nilson. Country: US. Email: shannacurtis85@hotmail.com Wechat:
Amazon Homepage: https://www.amazon.com/gp/profile/amzn1.account.AGRU3MBXUGKAQTTJFICNZHPXGBLA
Facebook Homepage: https://www.facebook.com/shannasullivan3

She refunds and returns from Amazon directly

................................................................................................

#### New Brands | Shaun the Sheep and Weed Snatcher to be Represented by AM Sullivan and David Gulbransen Respectively!

· Published on #Cross Border E-commerce Headline#

Samples: Shaun the sheep. Case No.: 21-cv-158. Time of Prosecution: 01/11/2021. Plaintiff Company: Aardman Animations. Representing Law Firm: AM Sullivan Law, LLC Shaun the sheep enjoys wide popularity in foreign countries and relevant merchandise sells well. Official Website: https://www.shaunthesheep.com/ Trademark+Copyright Comic names can't…

---

## Maria Sullivan; UK; Maria0932@hotmail.co.uk

· Published on #Reviewer Blacklist#

Name: Maria Sullivan. Country: UK. Email: Maria0932@hotmail.co.uk WeChat: Amazon Homepage: https://www.amazon.co.uk/gp/profile/A29YOOPAGWT7TP Facebook Homepage:
She disappeared after receiving test sample

---

## New Litigation Method by GBC. Watch out for Anonymous TRO Cases!

· Published on #Cross Border E-commerce Headline#

03/09/2020, 03/11/2020 Case No.: 20-cv-1666, 20-cv-1727. Lawsuit Focus: Anne Stokes Trademark and copyright of relevant works. AM Sullivan Law, LLC: Led Zeppelin. Time of Prosecution: 03/02/2020, 03/04/2020 Case No.: 20-cv-1546, 20-cv-1589 Lawsuit Focus: Led Zeppelin Trademark. Iron Maiden Band…

---

## Sullivan-Grey James. US. moreton_122890@outlook.com

· Published on #Reviewer Blacklist#

Name: Sullivan-Grey James. Country: US. Email: moreton_122890@outlook.com WeChat: Amazon Homepage:
Facebook Homepage: https://www.facebook.com/sullivangrey1988
He seems to be a foreigner and we have been communicating in English. At first, he said he wanted refund via PayPal but left me his Alipay after leaving his comments. I refunded him anyway for account safety. The next day, his comment has been deleted. So there is no need trying to waste time cooperating with him. He doesn't seem trustworthy

---

## Sean P. Sullivan. US. emsp;

· Published on #Reviewer Blacklist#

Name: Sean P. Sullivan. Country: US. Email: WeChat:
Amazon Homepage: https://www.amazon.com/gp/profile/amzn1.account.AE6T6YYZPR2WXDY3ZIPUV25CAEWA
Facebook Homepage: https://www.facebook.com/yoirsseanp
He didn't issue the order or canceled after my transfer

---

## Summary of Weekly TRO Cases! 4 Anonymous Cases!

· Published on #Cross Border E-commerce Headline#

Saturday is here again and today we are going to summarize weekly TRO cases. This week, cross border e-commerce TRO cases published by the US court are summarized as follows: Keener and AM Sullivan Law, LLC filed two anonymous cases respectively in this week. The brands they represent are still unknown and possibly new, which can cause a lot of headache. For most sellers, they won't know anything until suspension…

---

## Infringement Avoidance | Summary of Infringement Keywords in April on Amazon and Other Platforms (Updated by April 6

· Published on #Cross Border E-commerce Headline#

1. Infringement Keyword: wick centering device. Patent No.: USD871618S2. Infringement Keyword: Big Green Egg. Prosecuting Law Firm: THE SLADKUS LAW GROUP3. Infringement Keyword: SHERLOCK HOLMES. Prosecuting Law Firm: AM Sullivan Law, LLC. 4. Infringement keyword: OtterBox (Phone Case). Patent No.: USD808378S1...

---

## Summary of Recent Cases! Nike, Convers, Manchester United, Harley-Davidson and Other Renowned Company to Delegate GBC Law Firm to Prosecute Thousands of Cross Border E-commerce Sellers

· Published on #Cross Border E-commerce Headline#

Samples: Brand: XYZ✍Case Info: Case Number: 21-cv-02205. Time of Prosecution: 04/23/2021. Plaintiff Company: XYZ Corporation Site: https://www.xyzprinting.com/zh-TW/home. Prosecuting Law Firm: AM Sullivan Law, LLC. ●Products ●Trademark Classifications. Trademark classifications this brand has registered in the US include: 7 and 9 for…

---

## Urgent! TMNT Starting Suspension! Take Down Relevant Products Now!

· Published on #Cross Border E-commerce Headline#

Some sellers revealed that AM Sullivan Law, LLC launched a new lawsuit to represent TMNT. TMNT is a classic IP we commonly mention. Sellers should also pay attention to Spongebob SquarePants and Sesame Street. Sellers with TMNT related products should remember to take them down and withdraw funds in time. Suspension has already started on eBay. AM Sullivan [07/23/2020]20...

---

## Newest Cases Notice for March

· Published on #Cross Border E-commerce Headline#

Between March 2 and March 9, 2020, GBC, Keith, AM Sullivan Law, LLC and HSP Law Firm had filed eight new IPR lawsuit to United States District Court for the Northern District of Illinois. Their plaintiffs are Eagles, Ltd., CamelBak Products, LLC., Superhype Tapes, Ltd., Iron Maiden Holdings, Ltd., Studio Peyo S.A. and…

--------------------------------------------------------------------------------

Weekly Review: More than 30 Cases with Thousands of Stores Suspended! (List Attached)

· Published on #Cross Border E-commerce Headline#

20-cv-1589. Representing Law Firm: AM Sullivan Law, LLC. Suspension Time: 05/20/2020. Official Site: https://store.ledzeppelin.com/all-products. Word mark is mainly band Name Led Zeppelin in classifications 09, 016, 025, 026: 3) The North Face. Case No.: 20-cv-60922. Representing Law Firm: SMG. Suspension…

--------------------------------------------------------------------------------

Multiple Brands Patents Started Suspension with Thousands of Accounts Sued! Wig Sellers Impacted Again!

· Published on #Cross Border E-commerce Headline#

02 ELLA FITZGERALD. Case No.: Suspension Time Unknown: Around 03/15/2021. Plaintiff Company: E.F. LICENSING, LLC. Representing Law Firm: AM Sullivan Law, LLC. Sellers first suspended were on Amazon. However, as performance notice for Amazon won't show the case number, it is unclear which one it was…

--------------------------------------------------------------------------------

Urgent! Suspension by Anonymous Case! UFC Represented by Law Firm! Suspension Started on Wish!

· Published on #Cross Border E-commerce Headline#

AM Sullivan. [12/07/2020] 20-cv-7229. Zuffa, LLC (Ultimate Fighting Championship). AM Sullivan Law Firm is located in Chicago, IL and dedicated to IPR. It first launched cross border e-commerce case in January 2, 2020. Representing Brands: TMNT, Led Zeppelin, Iron...

--------------------------------------------------------------------------------

Horrible! 26 Brands Starting Suspension Recently! Sellers Should Self-check and Take Down Relevant Products

· Published on #Cross Border E-commerce Headline#

Material Corp. (BESTWAY Airbeds) HSPRD [07/15/2020] 20cv04157 M.P. PUBLISHING APS (Volbeat Band). AM Sullivan [07/10/2020] 20-cv-4077 MGA Entertainment, Inc (LOL surprise dolls). 1. EMOJI Copyright and Trademark. Sellers risk infringing IPR if Emoji and Stickers with Emoji is used. 2....

--------------------------------------------------------------------------------

What are Brands Represented by AM Sullivan Law, LLC that Favors Anonymous Cases? Check them Out Here!

· Published on #Cross Border E-commerce Headline#

Similarly, AM Sullivan Law, LLC also likes to hide case information. AM Sullivan Law, LLC is located in Chicago, IL. Website: http://amsullivanlaw.com/. It's not hard to reach reconciliation for cases with AM Sullivan and the amount mainly takes account of the sale. Let's check out the brands represented by AM Sullivan! Fast OCR…

--------------------------------------------------------------------------------

Shocking! Hatsune Miku Starting Suspending on PayPal. Other Platform will Follow!

· Published on #Cross Border E-commerce Headline#

AM Sullivan Law is a law firm located in Chicago, IL and dedicated to IPR. Representing Brands: Einstein, LOL Surprise, TMNT, Led Zeppelin, Miraculous Ladybug, Rubik's Cube, Iron Maiden...

--------------------------------------------------------------------------------

Notice of New Cases: Pregnancy Pillow, Tee Turtle, and Mobile Salon!

· Published on #Cross Border E-commerce Headline#

Trademarks: AS ROMA, A.S. ROMA, ASR etc. Representing Law Firm: AM Sullivan Law, LLC. Case No.: 20-cv-7258. Reconciliation Payment: This is a new plaintiff with unknown reconciliation requirement. Associazione Sportiva Roma (A.S. Roma for short) is located in Rome, capital of Italy. It was merged from several local football teams in June 22, 1927. In 1928, A.S. Roma fought…

--------------------------------------------------------------------------------

Infringement Warning! Up to 40 Trademarks Belong to Brand Collections of MGA!

· Published on #Cross Border E-commerce Headline#

Some sellers reported that AM Sullivan Law, LLC had a new case of the accused L.O.L. SURPRISE! of MGA. This product has been kept taking down by the platform and now it is represented by the law firm! Sellers with this product remember to take it down. The platform eBay has begun to suspend the accounts of infringing sellers. MGA has a product portfolio with multiple collections, including: L.O.L. Surprise! Poopsie Slime ...

--------------------------------------------------------------------------------

Information of Another Anonymous Case by AMS Revealed, Have a Look Quickly to Avoid Falling into These Pits!

· Published on #Cross Border E-commerce Headline#

NEWSPAPER 01 ▶ Hello Neighbor Case Number: 21-cv-2308 Time of Prosecution: 04/29/2021 Plaintiff's Brand: Hello Neighbor Brand Side: Tinybuild, LLC Law Firm: AM Sullivan Law, LLC Introduction to This Brand: Hello Neighbor is about creepy neighbors sneaking into…

--------------------------------------------------------------------------------

William Thomson Spain seanpsullivab89@gmail.com

· Published on #Reviewer Blacklist#

Name: William Thomson Country: Spain Email: seanpsullivab89@gmail.comWeChat ID:
Amazon Homepage: https://www.amazon.es/gp/profile/amzn1.account.AEGNUTZRNBG6PVCXOX6VSXQPNZ3A
Facebook Homepage: https://www.facebook.com/william.thomson.16121

The profile given to me was not the same as that offered me feedback and evaluation. The fake not just gave review in the place of others but also kept pressing me for a refund

---

## A makeup giant NARS is represented by the law firm Baker. Shiseido has too many brands! Another Anonymous Case Begun to Surface

· Published on #Cross Border E-commerce Headline#

Today, another two brands made an appeal and NARS cosmetics was represented by the law firm BAKER. …e.g. Iconic Images, Ltd. Prosecution Date: 04/27/2021 Case Number: 21-cv-2250. Representing Law Firm: AM Sullivan Law, LLC currently only knows that there is such a trademark product of the company. Further details can be known on the publication of the pleading. The following figure shows the trademark END

## Nicole Sullivan America nicolecopeland2017@gmail.com

· Published on #Reviewer Blacklist#

Name: Nicole Sullivan Country: America Email: nicolecopeland2017@gmail.comWeChat ID: Amazon Homepage:https://www.amazon.com/gp/profile/amzn1.account.AHXGOU7ZJSS7ZZMDF7DZKJ6FPS3A Facebook Homepage: https://www.facebook.com/MsNicoleSullivan

He applied for a refund after leaving his review and he also changed his name on the FB when giving review, so it took much time to find his former FB https://www.facebook.com/MrsNicoleCopeland

---

## The case of Fox Head trademark infringement is going to enter the Temporary Restraining Order (TRO); another two cases of trademark infringement were prosecuted in Illinois

· Published on #Cross Border E-commerce Headline#

Trademarks: 1) nyan cat, 9 categories 2) nyan cat, 9 categories of glasses, 14 categories of jewelry, 16 categories of stickers, 25 categories of clothes shoes and hats, and 28 categories of toys: The second example of case: It is represented by the law firm AMS (AM Sullivan Law, LLC). In their last case in December, they filed a trademark infringement case, representing the famous Ultimate Fighting Championship (UFC), which is still under litigation…

---

## A New Brand Suspended! Please take this product down immediately! L.O.L. SURPRISE!

· Published on #Cross Border E-commerce Headline#

Recently, some sellers reported that AM Sullivan Law, LLC had a new case of the accused L.O.L. SURPRISE! collection of MGA. This product had been kept taking down by the platform two years ago and now it is represented by the law firm! Sellers with this product remember to take it down! Suspension has already started on eBay. AM Sullivan [07/10/2020]20-cv-4077 MGA Entertainment, Inc (LoL surprise…

---

## A big case at the beginning of the Year 2020 was that Miraculous Ladybug was represented by a new law firm! It was estimated to have great impact!

· Published on #Cross Border E-commerce Headline#

Today, we find a big case of cross-border intellectual property litigation in the latest publicity by the official website of the United States Courts: A detail summary of the case as follow: Case Number: 20-cv-13 Time of Prosecution: 01/02/2020 Plaintiff: ZAG AMERICA, LLC Plaintiff's Brand: Miraculous Ladybug Prosecuting Law Firm: AM Sullivan Law, LLC Place of Prosecution: Illinois AM Sullivan Law,…

---

## A new case of suspension! Please take down this infringing product immediately!

· Published on #Cross Border E-commerce Headline#

1.SAPER LAW OFFICES, LLC [02/26/2021]21-cv-1149 Smart Cookie Home Essentials Inc. (Burger Master) 2. FERENCE & ASSOCIATES, LLC [xx/xx/2021]21-cv-271Doggie Dental, Inc. (BRISTLY) (start to be suspended) 3. AM Sullivan Law, LLC [02/25/2021]21-cv-1117 Gearbox ...

---

## Take Down Now! Super idols sued for infringement in two consecutive cases. These related products are not allowed to be sold!

· Published on #Cross Border E-commerce Headline#

The attorney agent of Nirvana is GBC, and the agency of IRON MAIDEN is AM Sullivan Law, LLC. Sellers need to check their stores carefully, and avoid using the trademarks relating to these brands and works with related copyright. Recently, cases of infringement on celebrities and stars have occurred frequently. We have also shared many cases of infringement on stars before. Some related laws are summarized as follow: ✦ Celebrities and stars have their own…

---

## Two Anonymous Cases Unveiled! SPIN THE SHOT and A.S. ROMA safeguard their rights!

· Published on #Cross Border E-commerce Headline#

Law Firm: AM Sullivan Law, LLC A.S. Roma (short for Associazione Sportiva Roma) is a football club located in Rome, the capital of Italy. On July 22, 1927, the club was formed by the merger of several local teams in Rome. In 1929, Rome first played in the Lega Serie A, and won the championship in the matches three times. Now, it participates in the Lega Serie A again. Register…

---

## No money was required for compensation and the cases were dropped directly! Results of Two New Cases

· Published on #Cross Border E-commerce Headline#

Around November this year, Mr. Z suddenly found that the PayPal account connected with eBay online stores was suspended. After verification with the platform, it was found that the platform limited the capital in the account due to its receipt of restraining order on NFL represented by AMS (AM Sullivan Law). After the account was restricted, Mr. Z learned from other friends that our law firm could handle it on his behalf…

---

## Summary of Cases in February! Regarding 63 cases to be suspended recently, please check and act quick to withdraw funds!

· Published on #Cross Border E-commerce Headline#

21-cv-724 (the anonymous case of an unknown brand) (117 defendants) AM Sullivan Law Firm [02/03/2021]21-cv-631 Iron Maiden Holdings Sterne, Kessler, Goldstein &Fox, PLLC (SKGF)

[01/13/2021]21-cv-43 Ontel Products Corporation (ARCTIC AIR) (TRO)AM Sullivan Law Firm [01/2/2021]21-cv-534 ZAG ...

### Suspension Outbreak Period in May! Thousands of Defendants and Suspension of Many Law Firms! (List of defendants attached)

· Published on #Cross Border E-commerce Headline#

AM Sullivan Law, LLC: [03/04/2020]20cv01589 Superhype Tapes, Ltd. (Led Zeppelin was suspended on May 14) This case involved copyrights and trademarks of clothing goods. Go to the official website of Led Zeppelin to see related products. Epstein Drangel, LLP: [02/27/2020]20cv01731 Off-White LLC (off-white 141 stores in Dunhuang) (May 14…

--------------------------------------------------------------------------------

### Summary of Cases in January! Regarding recent 76 cases needing to be noticed, please check and act quick to withdraw funds!

· Published on #Cross Border E-commerce Headline#

21-cv-441 (brand unknown) (63 defendants) Keener & Associates, P.C.[01/26/2021]21-cv-440 (brand unknown) (727 defendants)AM Sullivan Law, LLC[01/22/2021]21-cv-386 (brand unknown) Keener & Associates, P.C.[01/20/2021]21-cv-328 (brand unknown) (271 defendants) Keener & Associates, P.C.[01/20/2021]21-cv-324 (brand unknown) (340 defendants)...

--------------------------------------------------------------------------------

### Infringement Avoidance| Summary of Infringement Keywords in April (continuous updates)

· Published on #Cross Border E-commerce Headline#

Infringement Keyword: RUBIK'S Cube Prosecuting Law Firm: AM Sullivan Law, LLC 8. Infringement Keyword: Marc Jacobs Prosecuting Law Firm: Greer, Burns & Crain, Ltd. 9. Infringement Keyword: David Yurman Prosecuting Law Firm: BAKER McKENZIE10.Infringement Keyword: Nike Prosecuting Law Firm: Greer, Burns & Crain,...

--------------------------------------------------------------------------------

### The list of Einstein-related case released, have a quick view of 388 accounts involved!

· Published on #Cross Border E-commerce Headline#

Case Number: 20-cv-5786 Plaintiff Company: Hebrew University of Jerusalem Law Firm: AM Sullivan Law, LLC Einstein-related trademarks mentioned earlier: Breaking News! AM Sullivan Law Inc. To Represent Einstein in Anonymous Cases! Suspension Already Started! The following is a complete list of 388 defendant accounts. WeChat ID at the end of the article can be added for the original document.

### Suspension of Urgent and Anonymous Cases! Please investigate and take down the new brand Shaun the sheep and withdraw your funds quickly

· Published on #Cross Border E-commerce Headline#

AM Sullivan Law, LLC [01/11/2021]21-cv-158 Aardman Animations, LTD. (Shaun the sheep) (suspended on January 28) AM Sullivan Law AM Sullivan Law is located in Chicago, IL, USA, specializing in intellectual property. It first appeared in cross-border e-commerce cases on January 2, 2020. Brands Represented: Shaun the ...

--------------------------------------------------------------------------------

### Horrible! Three new brands were represented within one day! Two brands of bands and one brand of outdoor sports!

· Published on #Cross Border E-commerce Headline#

Plaintiff's Brand: Led Zeppelin Prosecuting Law Firm: AM Sullivan Law, LLC Place of Prosecution: United States District Court for the Northern District of Illinois AM Sullivan Law, LLC was newly established this year and it represented Miraculous and Rubik's Cube before. Besides today's band, AM Sullivan Law, LLC now…

--------------------------------------------------------------------------------

### Infringement Avoidance | Summary of infringement keywords in October on the Amazon and other platforms (Updated by October 15

· Published on #Cross Border E-commerce Headline#

Slap Chop Prosecuting Law Firm: Keith2 Infringement Keywords: Dyson Prosecuting Law Firm: Baker Mckenzie3 Infringement Keywords: Baby Shark Prosecuting Law Firm: EPS4 Infringement Keywords: Omega/Tissot et al Prosecuting Law Firm: SMG5 Infringement Keywords: Hatsune Miku Prosecuting Law Firm: AM Sullivan Law, LLC6…

--------------------------------------------------------------------------------

### Two anonymous cases by AM Sullivan published, quickly check whether your stores were involved in them!

· Published on #Cross Border E-commerce Headline#

August 24 News NEWSPAPER 01 ▢Betty Boop Case Number: 21-cv-3919 Time of Filing: 07/23/2021 Plaintiff's Brand: Betty Boop Plaintiff Company: Fleischer Studios, Inc. Prosecuting Law Firm: AM Sullivan Law, LLC Introduction to This Brand: American cartoon star"…

--------------------------------------------------------------------------------

### Infringement Avoidance| Summary of infringement keywords in August (continuous updates)

· Published on #Cross Border E-commerce Headline#

Summary 1 Infringement Keyword: MGA Entertainment, Inc. Prosecuting Law Firm: AM Sullivan Law, LLC2 Infringement Keyword: Kendra Scott (Word Mark + Oval Pattern) Prosecuting Law Firm: GBC3 Infringement Keyword: TMNT Prosecuting Law Firm: AM Sullivan Law, LLC4 Infringement Keyword: Stone Island Palace Prosecuting Law Firm: Epstein Drangel LLP...

--------------------------------------------------------------------------------

### Just in! Summary of Products Represented by Law Firms! Avoid 90% infringing products! Avoid falling into the traps again!

· Published on #Cross Border E-commerce Headline#

63. AM Sullivan Law, LLC [09/21/2020]20-cv-5589 Crypton Future Media Inc. (Hatsune Miku) Hatsune Miku Products with registered trademarks such as Hatsune Miku and the images of the animation are recommended to be taken down. The peripherals of this kind of animation should be paid more attention to. 62. LOCKE LORD LLP [10/29/2020]20-cv-...

--------------------------------------------------------------------------------

### Notification of New Cases Relating to GEEKEY, Robo Fish, NARS and Other Brands!

· Published on #Cross Border E-commerce Headline#

9/13/21, 1:05 PM

Plaintiff's Trademark: Terry O'Neill Attorney Agent: AM Sullivan Law, LLC Case Number: 21-cv-2250 Reconciliation Payment: The requirement for reconciliation of the new plaintiff was unknown temporarily Terry O&#39;Neill CBE, a British photographer, had ever photographed Queen Elizabeth II, former president of South Africa Mandela, members of Beatles and Rolling Stones,…

···········································································································································

### Five Law Firms! More than Ten New and Old Brands! A Collection of TROs! An Extremely Hard March

· Published on #Cross Border E-commerce Headline#

03/09/2020, 03/11/2020 Case No.: 20-cv-1666, 20-cv-1727. Lawsuit Focus: Anne Stokes Trademark and copyright of relevant works. AM Sullivan Law, LLC: Led Zeppelin. Time of Prosecution: 03/02/2020, 03/04/2020 Case No.: 20-cv-1546, 20-cv-1589 Lawsuit Focus: the trademark of Led Zeppelin and Iron Maiden…

···········································································································································

### Sullivan-Grey James France emsp;

· Published on #Reviewer Blacklist#

<mark>Name: Sullivan-Grey James, Country: France Email: WeChat: Amazon home page: https://www.amazon.fr/gp/profile/amzn1.account.AFRRDXVPO4IOESE3DLBV4EO7OEWA?_encoding=UTF8&ref_=sv_ys_4&fbclid=I Facebook home page: https://www.facebook.com/sullivangrey1988/</mark>

After the withdrawal, ask Amazon for a refund

···········································································································································

### Emergency! EBay without the representation of AM Sullivan closed stores directly!

· Published on #Cross Border E-commerce Headline#

These accounts have one thing in common, that is, they all had cases by AMS (full name: AM Sullivan Law, LLC) unhandled before, leading to absence. It was unexpected that the consequence was so serious this time! The cases involved in the feedback received at present include: MIRACULOUS (20-cv-709), Led Zeppelin (20-cv-1589), MIRACULOUS...

···········································································································································

### Infringement Alerts—The three brands represented by AM Sullivan must pay attention to avoid pits!

· Published on #Cross Border E-commerce Headline#

Case Number: 20-cv-5589 Time of Prosecution: 09/21/2020 Plaintiff's Brand: Hatsune Miku Plaintiff Company: Crypton Future Media Inc. Prosecuting Law Firm: AM Sullivan Law, LLC
Registered Trademark: At present, the brand mainly sues for trademark infringement. As the beloved of two dimensions—Hatsune Miku has endlessly emerging peripherals and the copyright awareness of the brand…

···········································································································································

### Suspension by Anonymous Case! Please take Sherlock Holmes down in time!

· Published on #Cross Border E-commerce Headline#

1. AM Sullivan Law, LLC [2021/02/19] 21-cv-929 Conan Doyle Estate, Ltd. (Sherlock Holmes) AM Sullivan Law AM Sullivan Law, LLC is located in Chicago, IL, USA, specializing in intellectual property. It first appeared in cross-border e-commerce cases on January 2, 2020. Brands Represented: Sherlock Holmes…

···········································································································································

### Another anonymous case by Kenner Law Group revealed! Sherlock Holmes was represented!

· Published on #Cross Border E-commerce Headline#

Representing Law Firm: AM Sullivan Law, LLC Name of Plaintiff Company: Conan Doyle Estate Ltd. The company was named after the writer Arthur Conan Doyle. It has a website:
https://conandoyleestate.com/Sherlock Holmes The novel was not only made into a TV series, but also made a film, both of which are very popular. Conan Doyle Estate Ltd...

### The popular Japanese anime singer "Hatsune Miku" rights protection! Hundreds of thousands of sellers falling into pits!

· Published on #Cross Border E-commerce Headline#

Case information as follow: Case Number: 20-cv-5589 Time of Prosecution: 09/21/2020 Plaintiff's Brand: Hatsune Miku Plaintiff Company: Crypton Future Media Inc. Prosecuting Law Firm: AM Sullivan Law, LLC Hatsune Miku (初音ミク) was a VOCALOID collection made by CRYPTON FUTURE MEDIA with Yamaha…

···········································································································································

### Summary of brands of prosecution and cases in September!

· Published on #Cross Border E-commerce Headline#

Tomorrow is the Mid-Autumn Festival and the beginning of the National Day holiday. Everyone must be excited and happy at the moment. Here, Seller Guard staff wish you all in advance…AM Sullivan Law, LLC and Keener & Associates, P.C. like posing anonymous cases most, which are almost related to brand new brands. I will follow up further for more newest news.

···········································································································································

### Another two new brands suspended! Please take this product down immediately and withdraw your funds in time!

· Published on #Cross Border E-commerce Headline#

1. Ference & Associates, LLC [12/07/2020] 20-cv-xx Aquapaw LLC (SLOW TREATER) 2. AM Sullivan Law, LLC [12/07/2020] 20-cv-7226 Chadwick McQueen INDIVIDUAL (STEVE MCQUEEN) Ference & Associates, LLC is located in Pennsylvania, and its fill name is Ference & ...

···········································································································································

### Urgent! Notification of new cases relating to new brands!

· Published on #Cross Border E-commerce Headline#

9/13/21, 1:05 PM

Plaintiff's Trademark: SHERLOCK HOLMES Attorney Agent: AM Sullivan Law, LLC. Case Number: 21-cv-929 Reconciliation Payment: The requirement for reconciliation of the new plaintiff was unknown temporarily Sherlock Holmes was shaped by Arthur Conan Doyle, a British detective novelist at the end of the 19th century in his novel collection [g1] The Adventure of Sherlock Holmes[/g1] and its derivative works…

..........................................................................................................................................................

### Which new brands were represented by law firms during the Spring Festival epidemic in 2020? Read Now!

· Published on #Cross Border E-commerce Headline#

The fourth new brand involved a new law firm - AM Sullivan Law, LLC, which is also a law firm in Chicago and represented a brand of cube products: RUBIK'S. The case involved both trademark and copyright.

[01/31/2020]20-cv-733 RUBIK'S BRAND, LTD. Of course, in addition to these new brands, GBC continued to initiate cases for many old brands during this period…

..........................................................................................................................................................

### TMNT started to be suspended on Wish! The list of two cases relating to Pro-Wax 100 released, nearly one thousand people are prosecuted!

· Published on #Cross Border E-commerce Headline#

Several days ago, TMNT was reported to be represented by AM Sullivan Law, LLC. At that time, many eBay sellers' PayPal accounts were suspended. Today, some Wish sellers reported that their accounts also started to be suspended. The case number is still 20-cv-4335. The trademark and copyright of TMNT are easily infringed upon. TMNT and its full name Teenage Mutant Ninja Turtles...

..........................................................................................................................................................

### British Triumph motorcycles Ltd. is represented by AMS, will it be the same as KTM this time? Is For still working?

· Published on #Cross Border E-commerce Headline#

Representing Law Firm: AM Sullivan Law, LLC Triumph Motorcycles Ltd. is a British motorcycle manufacturer. At present, Triumph Motorcycles Ltd.'s main business is the production and sales of motorcycles and their spare parts. Its online store also sells all kinds of motorcycle clothing, equipment and so on. Official Website: https://www.triumphmotorcycles.co.uk/ Type of infringement: Trademarks (temporarily known) The most important…

..........................................................................................................................................................

### TMNT starts to be suspended and Converse was represented. Please take down the two brands quickly!

· Published on #Cross Border E-commerce Headline#

TMNT was represented by AM Sullivan Law, LLC and has been suspended since last night. GBC law firm is placing an order for infringing Converse products recently, and quantity demanded is large, so Converse is very likely to be represented by GBC. TMNT Case Number: 20-cv-4335 Time of Suspension: 08/07/2020 Plaintiff Company VIACOM is the third largest media company in the US, including…

..........................................................................................................................................................

### Attention! L.O.L. SURPRISE! comes after Blume Doll! Suspension begins!

· Published on #Cross Border E–Commerce Exchanges#

This time, the attorney agent of the plaintiff is still AM Sullivan Law, LLC, it is which that was absent in the case and closed the eBay stores directly. L.O.L. SURPRISE! Case Number: 20-cv-4077 Time of Suspension:

08/01/2020 The plaintiff is a famous top company MGA Entertainment, Inc. with many toy brands, and L.O.L. SURPRISE! is just one of them. Official Website:…

# What are Brands Represented by AM Sullivan Law, LLC that Favors Anonymous Cases? Check them Out Here!

 **SellerGuard**

Before May 👁 1099

---

In the previous article, Xiao Sai summarized the brands represented by keener law firm:

Which brands have been represented so far by AM Sullivan that likes to hide new cases? Check them Out Here!

AM Sullivan Law, LLC, located in Chicago, IL also likes to hide information about new cases. Website: http://amsullivanlaw.com/. It's not hard to reach reconciliation for cases with AM Sullivan and the amount mainly takes account of the sale.

Let's check out the brands represented by AM Sullivan!

    

    

**Version with text for quick identification**

1. Hatsune Miku
2. Einstein
3. TMNT
4. L.O.L. SURPRISE!
5. Iron Maiden
6. Led Zeppelin
7. RUBIK'S Cube
8. MIRACULOUS
9. Shaun the sheep
10. ELLA FITZGERALD
11. UFC
12. Steve McQueen
13. Stone Island
14. CWC
15. Clever Cutter
16. Sons of Arthritis
17. NFL
18. Sherlock Holmes

**Version with pictures and text for quick identification**

**1.Hatsune Miku**



## 2. Einstein



## 3. TMNT



## 4.L.O.L. SURPRISE! LOL Surprise



## 5. Iron Maiden



## 6. Led Zeppelin



## 7. RUBIK'S Cube



**8. MIRACULOUS**



**9. Shaun the sheep**



**10. ELLA FITZGERALD**



## 11. UFC



## 12. Steve McQueen



## 13. Stone Island



**14. CWC**



**15. Clever Cutter**

**16. Sons of Arthritis**

**17. NFL**

**18. Sherlock Holmes**



**"Cross border sellers are all here for a good service"**

< Trademark VAT · Taxation & Compliance · Review & Appeal · Software Tools · Payment &

09/13/21, 1:01 PM

Case: 1:23-cv-15431 Document #: 9-5 Filed: 10/30/23 Page 61 of 62 PageID #:221
Commerce Headline-AMZ123Amazon Navigation-Cross Border E-commerce Portal



**We have a group for Amazon sellers with many big sellers.**

**Scan the QR code now and send "Join" to join the group.**

More than 300 thousand followers

The article is the opinion of the author and not related to AMZ123. If there is any infringement, please contact us.

  

Share with your friends
now!



0 Thumbs up          0
                  Favorites

---

**Newest**  **Popular**  **Service**  **Logistics**  **Tags**  **Author**



### How to Make Use of the Opportunity from Amazon's New Drop Shipping Policy?

[Egainnews Share Issue 1685] For breaking news/repost/contribute, please contact: Kelly | WeChat: egainnews035. Want to operate on Amazon but fear losing it all? You can now try this "drop shipping" model which has lower startup cost than other models like "Prime". Some policy update about "drop shipping", however, was made by Amazon recently and warrants attention. Amazon drop shipping policy…



### "Finally Coming to Sense? International Shipping Giants Decide to Stop Price Hiking. Effective Immediately"

In recent months, the sea freight is going high and all of a sudden international shipping giants decide to stop price hiking. Finally coming to their sense? What? Sea freight going up again? What is Amazon doing again? I read about a post in an online forum where one seller claiming the sea freight went up again with one container up to 40,000 dollars. This is not even inclusive of the back-end cost, which is beyond his acceptance. What's this all about? I still vaguely remember…



### Weekly Breaking News | The Year-on-year Growth of Imports and Exports in China During the Past 8 months is 23.7%; Amazon Launches UK, Germany, France, Italy, Spain Self-distribution Seller…

The year-on-year growth of imports and exports in China during the past 8 months is 23.7%; On September 7, GAC statistics showed that for the first 8 months, the imports and exports in China totaled 24.78 trillion yuan with a 23.7% year-on-year growth and 22.8% growth than the same period in 2019. Exports totaled 13.56 trillion yuan with a 23.2% year on year growth and 23.8% growth than the same period in 2019. Parent company of Shopee, Sea is expected to raise capital of 6.3 billion dollars, becoming the largest financing event in South East Asia. 9…



### Riding the New Tide, Red Bull's Integrated Marketing Strategy on TikTok.

Red Bull is the first and one of the most well-known energy drinks. Its marketing is very innovative, as can be seen from most sports it sponsors. is the best demonstration of marketing hot and popular content. To some extent, everyone should learn from Red Bull as it has always connected with its followers via innovative video platform…



### How to Get Audit Report with "Unqualified Opinion" for a Hong Kong Company?

The importance of audit report with unqualified opinion; Audit is a vital procedure for a Hong Kong company in tax return. After the financial status of a company has been audited, relevant opinion would be made, i.e. audit opinion. Different audit report opinions would be made according to the company operating condition. It would then be sent to Inland Revenue Department for assessment with the client's signature. There are four types of audit report opinion: Unqualified opinion, modified opinion, …



### [Weekly Report for 09/13] China and Indonesia Jointly Launch RMB Clearing Mechanism

// China and Indonesia jointly launch RMB clearing mechanism; According to People's Daily online, China will be using RMB for trading with Indonesia, meaning the two countries would no longer be using US dollars. The cooperation framework is claimed to have been agreed upon by the Governor of Bank Indonesia Perry Warijiyo and Governor of People's Bank of China Yi Gang on September 30, 2020 and…

---

**Newest Comment (0)**

**/Join Discussions**

**Log in** to comment

Enter Comment

Reply

↪ Advanced Reply

Back