**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XYZ CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:23-CV-15431<br><br>JUDGE JEFFREY I. CUMMINGS<br><br>MAGISTRATE JUDGE JEFFREY T. GILBERT |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS**

Plaintiff, XYZ Corporation ("Plaintiff"), seeks this Court's authorization to effectuate service of process by email and/or electronic publication in an action arising out of the Federal Copyright Act, 17 U.S.C. § 101, *et seq.*; and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq.* Plaintiff's Memorandum of Law in Support of this Motion has been concurrently filed.

Dated: October 31, 2023

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***