UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEGEND PICTURES, LLC,<br><br>  PLAINTIFF,<br><br>V.<br><br>DONGGUAN RUI TENG GIFT CO., LTD.,<br><br>  DEFENDANT. | CASE NO.: 23-CV-15431<br><br>JUDGE JEFFREY I. CUMMINGS<br><br>MAGISTRATE JUDGE JEFFREY GILBERT |

### DECLARATION OF ALISON CARTER

I, Alison Carter, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am over the age of twenty-one (21) years, of sound mind, and am counsel for Plaintiff, Legend Pictures, LLC ("Plaintiff"). I have been personally involved in supervising the investigation and gathering of evidence to support this action, as well as reviewing and drafting the pleadings filed in this matter. As a result, I have personal knowledge of the statements set forth in this declaration.

2. The Court's order granting Plaintiff's Motion for *Ex Parte* Temporary Restraining Order including a temporary injunction, temporary asset restraint, expedited discovery, and electronic service of process (the "TRO") was entered in the record on January 4, 2024. [21]. On January 4, 2024, Plaintiff received a physical copy of the TRO, which is currently under seal. On January 4, 2024, Plaintiff began serving the applicable third party marketplaces and payment processors for the purpose of implementing the restraints ordered by the Court as they relate to the

Defendant's infringing sales, including having Defendant's associated financial accounts frozen.

3. Since that time, Plaintiff has been in discussions with the applicable third parties who are working diligently to both freeze Defendant's associated accounts and shut down the infringing listings, as ordered by the Court. As of the date of this declaration, however, those efforts have not been completed. Plaintiff has been informed by the applicable third parties that additional time is needed to comply with the Court's TRO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2024 at Chicago, Illinois.

/s/ Alison K. Carter
Alison K. Carter
*Counsel for Plaintiff*